Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Papa Grande Gourmet Foods, LLC |
| United States Bankruptcy Court for the: | Western District of Texas, San Antonio Division |
| Case number (if known): | 19-50391 |

☑ Check if this is an amended filing

# Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

❑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

❑ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/19/2019
  MM/ DD/ YYYY

X _____ /s/ Kenneth D. Garcia
Signature of individual signing on behalf of debtor

Kenneth D. Garcia
Printed name

President
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name        Papa Grande Gourmet Foods, LLC

United States Bankruptcy Court for the:

       Western District of Texas, San Antonio Division

Case number (if known):     19-50391

 Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Acosta 5050 Westway Park Blvd. #100 Houston, TX 77041 | Acosta | | | | | $25,002.71 |
| 2 | ADT LP 1718 S Brazos San Antonio, TX 78207 | ADT LP | Materials | | | | $300,000.00 |
| 3 | Capital Advance Services c/o Yellowstone Capital, LLC 1 Evertrust Plz Jersey City, NJ 07302-3051 | Capital Advance Services | | | | | $80,413.00 |
| 4 | Capital Merchant Services c/o Yellowstone Capital, LLC 1 Evertrust Plz Jersey City, NJ 07302-3051 | Capital Merchant Services | | | | | $79,420.00 |
| 5 | Capital One Visa 1609 PO Box Box 60599 City of Industry, CA 91716 | Capital One Visa 1609 | | | | | $24,320.80 |
| 6 | Chesapeake Spice Company PO BOX 6129 Hermitage, PA 16148-0922 | Chesapeake Spice Company | | | | | $32,000.00 |
| 7 | DanHil Containers PO Box 2089 Temple, TX 76503 | DanHil Containers | | | | | $57,255.28 |
| 8 | Handtman Inc. 28690 N. Ballard Dr. Lake Forest, IL 60045 | Handtman Inc. | | | | | $44,369.28 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Hojas Y Especies El Chicano 617 Barnsdale Road La Grange Park, IL 60526 | Hojas Y Especies El Chicano | | | | | $30,067.20 |
| 10 | Hovus 272 Brodhead Road Ste 200 Bethlehem, PA 18017 | Hovus | | | | | $95,104.94 |
| 11 | JBS Packerland Attn: P.O.Box 561477 US Bank Denver, CO 80256 | JBS Packerland | | | | | $46,796.29 |
| 12 | Nationwide Insurance Processing Center Des Moines, IA 50306-0491 | Nationwide Insurance | | | | | $22,903.20 |
| 13 | Packall Packaging Inc. 2 Shaftsbury Lane Brampton,Ontari, L6T 3X7 | Packall Packaging Inc. | | | | | $38,055.24 |
| 14 | Qvest 1101 8th Street Unit #1 Greeley, CO 80631 | Qvest | | | | | $55,000.00 |
| 15 | RogCo Inc. PO Box 1801 Bentonville, AR 72712 | RogCo Inc. | | | | | $34,031.68 |
| 16 | Smithfield Foods P.O. Box 20121 Kansas City, MO 64195 | Smithfield Foods | | | | | $25,640.00 |
| 17 | SOS Enviro Services, LLC. P.O. BOX 53988 Lafayette, LA 70505+3988 | SOS Enviro Services, LLC. | | | | | $26,027.37 |
| 18 | Texas Packing Company 1809 N. Bell St. San Angelo, TX 76903 | Texas Packing Company | | | | | $20,428.80 |
| 19 | TIPPER TIE 2000 Lufkin Road Apex, NC 27539 | TIPPER TIE | | | | | $55,441.56 |
| 20 | ViscoFan USA ATTN: Alonso Ramos 1900 Spring Rd Oak Brook, IL 60523-1481 | ViscoFan USA | | | | | $34,027.10 |

Check if this is an
amended filing

# Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property     **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**2. Cash on hand**                    _____

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1   TransPecos Banks | Checking account | 3731 | $8,505.11 |
| 3.2   BBVA Compass | Checking account | 8528 | |
| 3.3   TransPecos | Checking account | 4113 | $22,962.99 |

**4. Other cash equivalents** *(Identify all)*

Name of institution (bank or brokerage firm)
**None**

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     | $31,468.10 |

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**None**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**None**

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                    _____

---

**Part 3:   Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

11. **Accounts Receivable**

| 11a. 90 days old or less: | **$384,879.00** | - | **$0.00** | = ...... ➜ | **$384,879.00** |
|---|---|---|---|---|---|
|  | face amount |  | doubtful or uncollectible accounts |  |  |
| 11b. Over 90 days old: | **$10,296.00** | - | **$0.00** | = ...... ➜ | **$10,296.00** |
|  | face amount |  | doubtful or uncollectible accounts |  |  |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                                    $395,175.00

---

## Part 4:    Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or join venture**

Name of entity:                              % of ownership:

**None**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**None**

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                                    _____

---

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

   **Raw Material & Supplies** _____  01/31/2018 _____  _____  _____  _____  **$135,102.57**
   MM / DD / YYYY

20. **Work in progress**

21. **Finished goods, including goods held for resale**

   **Packed Product** _____  01/31/2019 _____  _____  _____  _____  _____
   MM / DD / YYYY

22. **Other inventory or supplies**

23. **Total of Part 5**

   Add lines 19 through 22. Copy the total to line 84.                                        | **$135,102.57** |

24. **Is any of the property listed in Part 5 perishable?**
   ☐ No
   ☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ☑ No
   ☐ Yes

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

---

**Part 6:**   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| None | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| None | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| None | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| None | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| None | | | |

33. **Total of Part 6**

   Add lines 28 through 32. Copy the total to line 85.                                        | _____ |

34. **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 1 Conference table - $200, 1 granite table - $500, 41 office chairs - $1,025, 20 break room chairs - $400, 5 desks - $2,000, 10 desks - $1,500, 14 filing cabinets - $350, 1 white storage rack - $50, 45 break room tables - $2,025, 4 credenzas - $600, sofa - $150, 2 cabinets for storage supply - $160, side tables - $40, 1 recliner - $60, folding tables - $45, filing cabinet - $75 | _____ | _____ | $9,180.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 14 computers - $2,800, 6 Zebra printers - $1,200, 1 mini fridge - $70, 7 printers - $1,225, computer station - $400, washer & dryer - $200, microwave - $65 | _____ | _____ | $5,960.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| **None** | | | |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                    $15,140.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2013 Lexus LS460**<br>VIN: JTHBL5EF9D5123720 | _____ | _____ | $16,000.00 |
| 47.2 **2011 Toyota Camry**<br>VIN: 4T1BF3EK4BU603527 | _____ | _____ | $7,000.00 |
| 47.3 **2011 Toyota Camry**<br>VIN: 4T1BE3EK3B8128050 | _____ | _____ | $7,000.00 |
| 47.4 **2011 Toyota Camry**<br>VIN: 4T1BF3EK9BU587034 | _____ | _____ | $7,000.00 |
| 47.5 **2010 Dodge Ram 1500**<br>VIN: 1D7RB1CTXAS130974 Pickup Truck, Standard Cab (G) | _____ | _____ | $8,500.00 |
| 47.6 **2005 Dodge Ram 1500**<br>VIN: 1D7HU18D55S362668 Pickup Truck, Standard Cab (G) | _____ | _____ | $4,000.00 |
| 47.7 **2018 Ford F-150**<br>VIN: 1FTFW1RG9HFA66330 Pickup Truck, Styleside, Raptor Trim Level, 4X4 (VG) | _____ | _____ | $24,000.00 |
| 47.8 **2015 International 4300**<br>VIN: 1HSDJAPR9FH716101 | _____ | _____ | $47,000.00 |
| 47.9 **2008 International 4400**<br>VIN: 1HTMSAAR98H642912 | _____ | _____ | $26,000.00 |
| 47.10 **2015 Freightliner Light Duty Cascadia**<br>VIN: 1FUJGBDV8FLGG3980 Truck Tractor (G) | _____ | _____ | $50,000.00 |
| 47.11 **2012 Freightliner M2 106**<br>VIN: 1FVACWDT7GHGV4919 Truck, Conventional (G) | _____ | _____ | $30,000.00 |
| 47.12 **2012 Freightliner M2 106**<br>VIN: 1FVACWDT5CDBK4613 Truck, Conventional, Dry Van, Refrigerated (G) | _____ | _____ | $30,000.00 |
| 47.13 **2007 Chevrolet G3500 Express**<br>VIN: 1GAHG39U271108719 Van, 15 Passenger (G) | _____ | _____ | $8,000.00 |
| 47.14 **2005 Chevrolet G1500 Express**<br>VIN: 1GCFG15W751177504 Van, 8 Passenger (G) | _____ | _____ | $5,500.00 |
| 47.15 **2006 Ford Econoline E350**<br>VIN: 1FTSE34LX6DA36845 Van, Cargo | _____ | _____ | $7,000.00 |
| 47.16 **2007 Ford Econoline E350**<br>VIN: 1FBMS31L57DA62305 Van, Cargo | _____ | _____ | $7,500.00 |
| 47.17 **2016 Freightliner**<br>VIN: 1fvacwdt7ghgv4919 2015 Freightliner Light Duty Cascadia | _____ | _____ | $50,000.00 |
| 48. **Watercraft, trailers, motors, and related accesories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vesels | | | |
| 48.1 **2000 Utility**<br>VIN: LUYVS2534YM224909 Trailer, Dry Van, Refrigerated | _____ | _____ | $9,500.00 |

| | | | | |
|---|---|---|---|---|
| 48.2 | **1996 Great Dane**<br>VIN: 1GRAA9626TW031601 Trailer, Dry Van, Refrigerated (G) | _____ | _____ | **$4,000.00** |
| 48.3 | **2006 Great Dane**<br>VIN: 1GRAAO6246B706689 Trailer, Dry Van, Refrigerated (G) | _____ | _____ | **$13,000.00** |
| 48.4 | **1993 Great Dane**<br>VIN: 1GRAA9629PW046745 Trailer, Dry Van, Refrigerated (G) | _____ | _____ | **$4,500.00** |
| 48.5 | **2000**<br>VIN: Y26833208 Trailer, Flatbed (F) | _____ | _____ | **$1,000.00** |
| 49. | **Aircraft and accesories** | | | |
| | None | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 | **Cook Dept. See Exhibit 1** | | | $191,500.00 |
| 50.2 | **Raw Foods Dept. - See Exhibit 2** | | | $1,039,500.00 |
| 50.3 | **2018 TUCS Equipment TEVFF-10L 0199/** Packaging Machine, Form/Fill/Seal, Stainless Steel, Portable, w/ Filling Accessories, Smart Data Mdl. X40 Programmable Operator Control (N) | | | $165,000.00 |
| 50.4 | **Case Sealer, Adjustable Sealing, Portable** | | | $1,000.00 |
| 50.5 | **2015 Multivac F200 213290/** Rollstock Thermoform Packaging Machine, Vacuum Tray Packing Type, Stainless Steel, w/ Accessories, Touch Panel Operator Control (VG) | | | $110,000.00 |
| 50.6 | **2009 Hinds Block CC30 /**VIN: 9810231 Piston Filler, Stainless Steel, 2 Head (G) | | | $2,500.00 |
| 50.7 | **Assorted Packaging Department Area Items, IBNLT: S/S Carts, S/S-Poly Totes, S/S Tables, S/S Hand Washing Sinks, Digital Bench Scales, etc.** | | | $2,000.00 |
| 50.8 | **Storage Tank, Vertical, Stainless Steel, Approx. 1,500 Gallon Capacity, w/ Support Legs (G)** | | | $3,000.00 |
| 50.9 | **Eagle 3PFE18B - AA668200011/** Battery Charger (G) | | | $400.00 |
| 50.10 | **Premier/** Battery Charger (F) | | | $200.00 |
| 50.11 | **Platform Scale, 48" x 48", Approx. 5,000 Lb. Capacity, w/ Cardinal Mdl. 180 Digital Scale Read Out (F)** | | | $700.00 |
| 50.12 | **1998 Casa Herrera CF/**VIN: 9810301 Grinder, Stainless Steel, Corn Grinding (G) | | | $12,000.00 |
| 50.13 | **1998 Casa Herrera LBC18X/**VIN: 9810061 Auger, Stainless Steel, Corn Transport (G) | | | $2,500.00 |
| 50.14 | **Storage Tank, Vertical, Polypropylene, Approx. 5,000 Gallon Capacity, w/ Support Stand (G)** | | | $1,200.00 |
| 50.15 | **Jib Crane, Column Mount, Approx. 10" Jib Arm, w/ CM 2 Ton Chain Hoist (G)** | | | $900.00 |
| 50.16 | **(3) Tubs, Stainless Steel, Corn Transport, Approx. 3'w x 12'L, Portable (G)** | | | $2,700.00 |
| 50.17 | **Assorted Warehouse Items, IBNLT: Pallet Rack Sections, Metal Shelving Sections, Carts, Support Stands, Hand Trucks, Pallet Jacks, U.V. Bug Zappers, S/S Tables, S/S Hand Washing Sinks, Polymer Stacking Skids, Digital Bench Scales, etc.** | | | $4,800.00 |
| 50.18 | **Ingersoll-Rand/** Air Compressor, Reciprocating Type, Vertical Tank Mount (Not In Use-F) | | | $800.00 |
| 50.19 | **Lincoln AC/DC 225/125/** Welder, 225 Amp (F) | | | $400.00 |
| 50.20 | **1995 Miller Bobcat 225G /**VIN: KF979830 Welder/Generator, 8,000 Watt (F) | | | $700.00 |

| | | |
|---|---|---|
| 50.21 | **Assorted Maintenance Area Items, IBNLT: Work Tables/Benches, Metal Storage/Parts Storage Cabinets, Carts, Floor Jacks, Small Capacity Bench Tools, Hand Tools, etc.** | $4,500.00 |
| 50.22 | **1999 Williams & Davis 134864/VIN: 5785 Industrial Boiler, w/ De-aerator Tank, Feed Pumps, etc. (G)** | $14,500.00 |
| 50.23 | **Quincy QSF100-125/VIN: 60272F Air Compressor, Rotary Screw (P)** | $3,000.00 |
| 50.24 | **(45)Carts, Stainless Steel, Assorted Sizes & Configurations (G)** | $11,000.00 |
| 50.25 | **(10)Carts, Stainless Steel, Lowboy Configuration, Assorted Sizes (G)** | $3,000.00 |
| 50.26 | **(6)Carts, Stainless Steel, Storage, Assorted Sizes (G)** | $3,000.00 |
| 50.27 | **(25)Carts, Stainless Steel, Baker Tray, Assorted Sizes (G)** | $1,800.00 |
| 50.28 | **Alfa Romeo High Efficiency Twin/ (2) Water Softening Tanks, w/ Controller (VG)** | $2,000.00 |
| 50.29 | **1997 Superior Boiler 6-5-12501-GP/VIN: 13626 Industrial Boiler, Natural Gas Fired, Skid Mount, w/ Seminole Boiler-Burner Unit, De-aerator Tank (G-Not In Use)** | $15,000.00 |
| 50.30 | **1999 CarboTech/VIN: 96923 Carbon Dioxide Receiver Tank, Welded Carbon Steel, Jacketed, 50 Ton Capacity, Approx. 6'Diam. x 60'L (G)** | $20,000.00 |
| 50.31 | **2017 Quincy QGS-100/VIN: API175287 Air Compressor, Rotary Screw (VG)** | $23,500.00 |
| 50.32 | **Pneumatech 325/VIN: 0401-T139953P-ST Air Dryer, 325 SCFM (F)** | $3,000.00 |
| 50.33 | **2000 Atlas Copco GA37/VIN: AII36849 Air Compressor, Rotary Screw (G)** | $5,000.00 |
| 50.34 | **Ultrafilter Ultratroc/ Air Dryer (F)** | $1,500.00 |
| 50.35 | **GSI/ Silo, Bolted/Galvanized Construction, Approx. 12'Diam. x 20'H, Cone Bottom, w/ Support Legs (G)** | $7,400.00 |
| 50.36 | **Equipment in Storage - See Exhibit 3** | $512,500.00 |
| 50.37 | **Crown SC5245-40/VIN: 9A193697 Forklift, Electric, Hard Tire, ROPS, w/ Side Shift Attachment (G)** | $10,000.00 |
| 50.38 | **Linde E20/VIN: A1X346000162/2616 Forklift, Electric, Hard Tire, ROPS, w/ Side Shift Attachment (G)** | $14,000.00 |
| 50.39 | **Husqvarna YTH24K48/VIN: 05813A023308 Lawn Mower, Riding Type (G)** | $700.00 |
| 50.40 | **Toyota 8HBW23/VIN: 19829 Pallet Jack, Electric, 4,500 Lb. Capacity (VG)** | $2,000.00 |
| 50.41 | **Barrett WPTT1C60BV/VIN: 1W16-9305189 Pallet Jack, Electric, Approx. 4,500 Lb. Capacity (F)** | $1,000.00 |

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.                    $2,566,700.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☐ No
    ☑ Yes

## Part 9: Real Property

54. **Does the debtor own or lease any real property?**

   ☑ No. Go to Part 10.
   ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment, or office building), if available. | | | | |
| **None** | | | | |

56. **Total of Part 9**

   Add the current value on lines 55.1 through 55.6 and entries from any addition sheets. Copy the total to line 88.    _____

57. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☑ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

## Part 10: Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No. Go to Part 11.
   ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| **Papa Grande (logo), Papa Grande, Mama Garcia's, Barbacoa Texas, The Naked Tamale, Tamale Dog, Tamale Wings, Emergency Taco, Tamaleville, Tamale Gating, Chorizo Nation, Andy Garcia Food Products (logo)** | _____ | _____ | |
| 61. **Internet domain names and websites** | | | |
| **None** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| **None** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| **None** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| **None** | | | |

65. **Goodwill**

   None
   _____

66. **Total of Part 10**

   Add lines 60 through 65. Copy the total to line 89.

   | | |
   |---|---:|
   | | **$0.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
   ☑No
   ☐Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☑No
   ☐Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☑No
   ☐Yes

### Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   ☑No. Go to Part 12.
   ☐Yes. Fill in the information below.

   **Current value of debtor's interest**

71. **Notes receivable**

   Description (include name of obligor)
   None
   _____

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)
   None
   _____

73. **Interests in insurance policies or annuities**

   None
   _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   None
   _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   None
   _____

76. **Trusts, equitable or future interests in property**

   None
   _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

   None
   _____

78. **Total of Part 11**

   Add lines 71 through 77. Copy the total to line 90.

   | | |
   |---|---:|
   | | _____ |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☑No
   ☐Yes

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $31,468.10 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $395,175.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $135,102.57 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $15,140.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,566,700.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................➔ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + | |
| 91. **Total.** Add lines 80 through 90 for each column... 91a. | $3,143,585.67 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................... | | $3,143,585.67 |

Exhibit 1 - 1 of 2

**Machinery & Equipment Appraisal Of:**
**Papa Grande Gourmet Foods LLC (D/B/A Garcia Foods) - San Antonio, TX**
**Fair Market Value, As of September 10, 2018**

| **Area: Cook Department** |
|---|

| No. | Qty | Year | Make | Model | S/N | Item & Description | $-FMV |
|---|---|---|---|---|---|---|---|
| 1 | 1 | 1999 | Custom Lift | NA | NA | Column Dumper/Elevator, Stainless Steel, 600 Lb. Capacity (G) | 2,500 |
| 2 | 1 | NA | Holac (Reiser) | HO21 | 22.03602 | Dicer, Stainless Steel (G) | 4,000 |
| 3 | 1 | 2002 | Urschel | M | 568 | Dicer/Shredder, Stainless Steel (G) | 6,000 |
| 4 | 1 | NA | Reitz | RS28-K3410 | 740194 | Ribbon Blender, "Mega-Mixer", Dual Shaft, Stainless Steel (G) | 20,000 |
| 5 | 3 | 2016 | Southern Pride | XLR-1600-4-00 | 16-167, 16-168, 16-169 | Smokehouses, Gas Fired, Stainless Steel, Each w/ Southern Pride Control (VG) | 75,000 |
| 6 | 3 | NA | Alkar | NA | 2/80677S, 2/90677S, 2200677S | Smokehouses, Liquid Smoke Process Type, Drive In, Stainless Steel, Common Alkar Liquid Smoke Generator, Each w/ Alkar Control, Upgraded Vectors Electrical Controls, S/N 2-85-967 (G) | 60,000 |
| 7 | 2 | NA | NA | NA | NA | Steam Kettles, Stainless Steel, Open Top, Approx. 48"Diam. x 4'H, w/ Dedicated Process Pump, Piping (G) | 3,000 |
| 8 | 3 | NA | NA | NA | NA | Steam Tanks, Stainless Steel, Open Top, Approx. 5'W x 10'L, w/ Dedicated Process Pump, Piping (G) | 4,500 |
| 9 | 1 | NA | NA | NA | NA | Tumbler, Stainless Steel, Approx. 2'Diam. x 5'L, Portable (G) | 5,000 |

Exhibit 1 - 2 of 2

**Machinery & Equipment Appraisal Of:**
**Papa Grande Gourmet Foods LLC (D/B/A Garcia Foods) - San Antonio, TX**
**Fair Market Value, As of September 10, 2018**

**Area: Cook Department**

| No. | Qty | Year | Make | Model | S/N | Item & Description | $-FMV |
|-----|-----|------|------|-------|-----|--------------------|-------|
| 10 | Lot: | NA | NA | NA | NA | Assorted Wash Room Items, IBNLT: S/S Wash Sink/Table, (2) Diversey Mdl. J-100 Distributor Dispensers, Lafferty Mdl. LC Foamer, Hoses, Sprayers, etc. | 1,500 |
| 11 | Lot: | NA | NA | NA | NA | Assorted Cook Department Area Items, IBNLT: S/S Carts, S/S Totes, S/S Tables, S/S Racks & Shelving, S/S Hand Washing Sinks, Digital Bench Scales, etc. | 10,000 |
| | | | | | | **Cook Department Total -** | **191,500** |

Exhibit 2 - 1 of 4

**Machinery & Equipment Appraisal Of:**
**Papa Grande Gourmet Foods LLC (D/B/A Garcia Foods) - San Antonio, TX**
**Fair Market Value, As of September 10, 2018**

| Area: Raw Foods Department |
|---|

| No. | Qty | Year | Make | Model | S/N | Item & Description | $-FMV |
|---|---|---|---|---|---|---|---|
| 12 | 1 | NA | NA | NA | NA | Accumulator Table, Stainless Steel, Approx. 72"Diam. (VG) | 2,000 |
| 13 | 1 | NA | Kramer-Grebe | VSM325 | 173/246-847 | Bowl Chopper, Stainless Steel, Vacuum Type (G) | 35,000 |
| 14 | 1 | 1985 | Seydelmann | K120 | U85145 | Bowl Chopper, Stainless Steel, Vacuum Type, 120 Liter Capacity (G) | 10,000 |
| 15 | 2 | NA | Little David | LD7D/2 | 4611124537M/60, 4611223437M/60 | Case Sealers, Adjustable Sealing, Portable (G) | 3,000 |
| 16 | 1 | NA | Poly-Clip | FCA100 | NA | Clipper Machine, Stainless Steel, Automatic, Double Clip, w/ Touch Panel Operator Control (VG) | 120,000 |
| 17 | 1 | 2015 | Tipper-Tie | TT1512 | NA | Clipper Machine, Stainless Steel, Automatic, Double Clip, w/ Touch Panel Operator Control (VG) | 70,000 |
| 18 | 1 | NA | Kamflex | 704 | 34305 | Conveyor, Sanitary Belt (VG) | 1,000 |
| 19 | 1 | 2011 | M.W. Waldrop | Shark | 501BEP3ESSS6 | Conveyor, Stainless Steel Slat, Food Grade (VG) | 15,000 |
| 20 | 1 | 2011 | NA | G-10B | C26T17VC53A | Conveyor, Stainless Steel Slat, Food Grade, 90 Degree (VG) | 1,500 |
| 21 | 1 | NA | NA | NA | NA | Conveyor, Stainless Steel Slat, Food Grade, Approx. 24"W x 20'L (VG) | 4,000 |

Exhibit 2 - 2 of 4

**Machinery & Equipment Appraisal Of:**
**Papa Grande Gourmet Foods LLC (D/B/A Garcia Foods) - San Antonio, TX**
**Fair Market Value, As of September 10, 2018**

| Area: Raw Foods Department |
| --- |

| No. | Qty | Year | Make | Model | S/N | Item & Description | $-FMV |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 22 | 1 | NA | NA | NA | NA | Conveyor, Stainless Steel Slat, Food Grade, Approx. 3'W x 6'L Table, 3"W Belt (VG) | 1,000 |
| 23 | 1 | 2002 | Hobart | 4346 | 27-019-210 | Mixer/Grinder, Stainless Steel (G) | 2,500 |
| 24 | 1 | 1978 | Weiler | 878 | 85.143 | Grinder, Stainless Steel, 25 HP (G) | 7,500 |
| 25 | 2 | NA | Linx | 5900 | NA | Ink Jet Coders, Single Head (VG) | 5,000 |
| 26 | 1 | 2013 | Busch | 0630C-AI | U100500710 | Vacuum Pump, Stainless Steel, w/ 25 HP Motor (VG) | 9,500 |
| 27 | 1 | 1994 | Waukesha | 60 | 8840SS | Pump, Stainless Steel, Positive Displacement, w/ 5 HP Motor (G) | 1,500 |
| 28 | 1 | 1998 | Hobart | 4356 | 27-017-952 | Mixer/Grinder, Stainless Steel (G) | 7,500 |
| 29 | 1 | NA | RMF | NA | 9718 | Ribbon Blender, Stainless Steel, 3,000 Lb. Capacity (G) | 12,500 |
| 30 | 1 | NA | NA | NA | NA | Filler/Extruder, Horizontal, Stainless Steel (VG) | 20,000 |
| 31 | 1 | NA | Reiser Vemag | TM203 | 20S0372 | Link Cutting Machine, Stainless Steel, w/ Programmable Operator Control (VG) | 65,000 |
| 32 | 1 | NA | Reiser | RotoClaw II | 361 | Shredder, Block Breaking, Stainless Steel (G) | 16,500 |
| 33 | 1 | NA | Reiser | RotoClaw II | C-222 | Shredder, Block Breaking, Stainless Steel (G) | 16,500 |

Exhibit 2 - 3 of 4

**Machinery & Equipment Appraisal Of:**
**Papa Grande Gourmet Foods LLC (D/B/A Garcia Foods) - San Antonio, TX**
**Fair Market Value, As of September 10, 2018**

**Area: Raw Foods Department**

| No. | Qty | Year | Make | Model | S/N | Item & Description | $-FMV |
|-----|-----|------|------|-------|-----|--------------------|-------|
| 34 | 1 | 1993 | Airco | KF13-225 | 30.213.91 | Spiral Freezer, "Kwik-Freeze", Stainless Steel, Nitrogen Freezing (G) | 20,000 |
| 35 | 1 | NA | NA | NA | NA | Tote Dumper, Hydraulic, Stainless Steel, Approx. 400 Lb. Capacity, w/ Dedicated HPU (G) | 5,000 |
| 36 | 1 | NA | Biro | NA | NA | Tumbler, Stainless Steel, Approx. 2'Diam. x 5'L, Portable (G) | 7,500 |
| 37 | 1 | 2016 | Handtmann | VF612 | 38632 | Vacuum Filler/Extruder, Stainless Steel, w/ Automatic Tote Dumper, Touch Panel Operator Control (VG) | 80,000 |
| 38 | 1 | 2016 | Handtmann | VF612 | 38638 | Vacuum Filler/Extruder, Stainless Steel, w/ Automatic Tote Dumper, Touch Panel Operator Control (VG) | 80,000 |
| 39 | 1 | 2006 | Reiser Vemag | HP20E | 1630296 | Vacuum Filler/Extruder, Stainless Steel, w/ Automatic Tote Dumper, Touch Panel Operator Control (VG) | 100,000 |
| 40 | 1 | 2003 | Handtmann | VF200B | 16962 | Vacuum Filler, Stainless Steel, w/ Touch Panel Operator Control (VG) | 15,000 |
| 41 | 1 | 2003 | Handtmann | VF200B | 16964 | Vacuum Filler, Stainless Steel, w/ Touch Panel Operator Control (VG) | 15,000 |
| 42 | 1 | 2015 | Multivac | Baseline F200 | 208261 | Rollstock Thermoform Packaging Machine, Vacuum Tray Packing Type, Stainless Steel, w/ Accessories, Touch Panel Operator Control (VG) | 150,000 |

Exhibit 2 - 4 of 4

**Machinery & Equipment Appraisal Of:**
**Papa Grande Gourmet Foods LLC (D/B/A Garcia Foods) - San Antonio, TX**
**Fair Market Value, As of September 10, 2018**

**Area: Raw Foods Department**

| No. | Qty | Year | Make | Model | S/N | Item & Description | $-FMV |
|---|---|---|---|---|---|---|---|
| 43 | 1 | 2010 | Multivac | R245 | 140882 | Rollstock Thermoform Packaging Machine, Vacuum Tray Packing Type, Stainless Steel, w/ Accessories, Touch Panel Operator Control (VG) | 120,000 |
| 44 | 1 | NA | AEW-Thurne | 400LH | 1334692 | Vertical Band Saw, Stainless Steel (G) | 5,500 |
| 45 | Lot: | NA | NA | NA | NA | Assorted Raw Foods Department Area Items, IBNLT: S/S Carts, S/S Totes, S/S Tables, S/S Racks & Shelving, S/S Hand Washing Sinks, Digital Bench Scales, etc. | 15,000 |

| | |
|---|---|
| **Raw Foods Department Total -** | **1,039,500** |

Exhibit 3 - 1 of 4

**Machinery & Equipment Appraisal Of:**
**Papa Grande Gourmet Foods LLC (D/B/A Garcia Foods) - San Antonio, TX**
**Fair Market Value, As of September 10, 2018**

**Area: Equipment In Storage**

| No. | Qty | Year | Make | Model | S/N | Item & Description | $-FMV |
|-----|-----|------|------|-------|-----|--------------------|-------|
| 79 | 1 | NA | 3M-Matic | A20 10700 | 50810 | Case Sealer (F) | 1,000 |
| 80 | 1 | 2001 | 3M-Matic | A20 | 50810 | Case Sealer (F) | 1,000 |
| 81 | 2 | NA | Bellmark | InteliJet CIX IJ8001 | NA | Ink Jet Coders (F) | 2,000 |
| 82 | 1 | 2000 | Casa Herrera | C030 | 984.02.381 | Grinder, Corn Grinding (F) | 12,500 |
| 83 | 1 | NA | Cryovac | 2050A | 020513608401 | Form/Fill/Seal Packaging Machine, Vertical (F) | 7,500 |
| 84 | 1 | NA | Custom | NA | NA | Double Hopper, Stainless Steel, Vacuum Filler Feed (F) | 2,000 |
| 85 | 2 | NA | Fabians Fabrication | NA | NA | Air Receiver Tanks, Welded Carbon Steel (F) | 1,000 |
| 86 | 1 | 1989 | Handtmann | VF50 | 7477129 | Vacuum Filler/Extruder (F) | 10,000 |
| 87 | 1 | 2000 | Handtmann | VF200 | P63-55 | Vacuum Filler/Extruder (F) | 10,000 |
| 88 | 1 | 1986 | Handtmann | VF50 | 7444129 | Vacuum Filler/Extruder (F) | 10,000 |
| 89 | 1 | 1995 | Lock | 12A17 | 89028 | Metal Detector (F) | 2,000 |
| 90 | 2 | NA | Marksman | HHI Foxjet | NA | Ink Jet Coders (F) | 2,000 |
| 91 | 1 | 2010 | Multivac | MR6318 | 29649/10/A | Labeler (F) | 10,000 |

Exhibit 3 - 2 of 4

**Machinery & Equipment Appraisal Of:**
**Papa Grande Gourmet Foods LLC (D/B/A Garcia Foods) - San Antonio, TX**
**Fair Market Value, As of September 10, 2018**

**Area: Equipment In Storage**

| No. | Qty | Year | Make | Model | S/N | Item & Description | $-FMV |
|-----|-----|------|------|-------|-----|--------------------|-------|
| 92 | 1 | NA | Multivac | R230 | 040210 | Vacuum Packaging Machine, Tray Packing Type, Stainless Steel, w/ Accessories, Touch Panel Operator Control (F) | 50,000 |
| 93 | 1 | 1993 | Multivac | R5200 | 2889/110 | Vacuum Packaging Machine, Tray Packing Type, Stainless Steel, w/ Accessories (F) | 30,000 |
| 94 | 1 | 1990 | Multivac | M855EPC | 1400/100 | Vacuum Packaging Machine, Tray Packing Type, Stainless Steel, w/ Accessories (F) | 25,000 |
| 95 | 1 | 1983 | Multivac | R5100 | 685/10 | Vacuum Packaging Machine, Tray Packing Type, Stainless Steel, w/ Accessories (F) | 10,000 |
| 96 | 1 | 2016 | Multivac | Baseline F200 | 139419 | Rollstock Thermoform Packaging Machine, Vacuum Tray Packing Type, Stainless Steel, w/ Accessories, Touch Panel Operator Control (G) | 120,000 |
| 97 | 1 | NA | NA | NA | NA | Conveyor, Approx. 30"W x 5'L (F) | 500 |
| 98 | 1 | NA | NA | UEL-CAT C368 | 5K37M81G | Conveyor, CRB, w/ Motor & Drive (F) | 1,500 |
| 99 | 1 | NA | Poly-Clip | FCA-3130 | 409/01 | Clipper Machine (F) | 15,000 |
| 100 | 1 | 1997 | Poly-Clip | DFC8162 | 186/97 | Clipper Machine (F) | 15,000 |
| 101 | 1 | 1985 | Poly-Clip | DFC8162 | 197-458 | Clipper Machine (F) | 7,500 |
| 102 | 1 | 1985 | Poly-Clip | FCA3461 | 53167 | Clipper Machine (F) | 7,500 |
| 103 | 1 | NA | Quincy | QSF100-125 | 103079 | Air Compressor (F) | 6,000 |

Exhibit 3 - 3 of 4

**Machinery & Equipment Appraisal Of:**
**Papa Grande Gourmet Foods LLC (D/B/A Garcia Foods) - San Antonio, TX**
**Fair Market Value, As of September 10, 2018**

**Area: Equipment In Storage**

| No. | Qty | Year | Make | Model | S/N | Item & Description | $-FMV |
|-----|-----|------|------|-------|-----|--------------------|-------|
| 104 | 1 | NA | Ramsey | MetalScout II | NA | Metal Detector (F) | 2,500 |
| 105 | 1 | NA | Reiser | RotoClaw II | NA | Shredder, Block Breaking (F) | 12,500 |
| 106 | 2 | NA | Reitz | RS710-191 | NA | Ribbon Blenders, Stainless Steel (F) | 15,000 |
| 107 | 1 | NA | Reitz | NA | 227 | Ribbon Blender, "Mega-Mixer", Dual Shaft, Stainless Steel (F) | 15,000 |
| 108 | 1 | 2014 | Ross | Inpack A20 | 426 | Vacuum Packaging Machine, Tray Packing Type, Stainless Steel, w/ Accessories (F) | 50,000 |
| 109 | 1 | NA | SealMaster | NA | NA | Conveyor, Approx. 48"W x 48"L (F) | 1,000 |
| 110 | 1 | 2008 | Solbern | BF95X | NA | Folding Machine (F) | 20,000 |
| 111 | 1 | 1988 | Stein | MSF20 | 113 | Oil Filter, Frying Oil (F) | 1,500 |
| 112 | 1 | 2003 | Superior Food Machine | 2C010 | 387226 | Tortilla Oven, Stainless Steel (F) | 10,000 |
| 113 | 1 | 1993 | Sweco | XS48588 | 705854-1098 | Vibratory Separator, 48"Diam. (F) | 3,000 |
| 114 | 1 | NA | Tomco CO2 | ST-20-20-3 | T-9007 | Carbon Dioxide Receiver Tank/System (F) | 7,500 |
| 115 | 1 | 1986 | Vemag | Robot HPI55 | 4744129 | Vacuum Filler (F) | 5,000 |
| 116 | 1 | 1978 | Weiler | 868 | 7151 | Grinder (F) | 3,000 |

Exhibit 3 - 4 of 4

**Machinery & Equipment Appraisal Of:**
**Papa Grande Gourmet Foods LLC (D/B/A Garcia Foods) - San Antonio, TX**
**Fair Market Value, As of September 10, 2018**

| No. | Qty | Year | Make | Model | S/N | Item & Description | $-FMV |
|-----|-----|------|------|-------|-----|--------------------|-------|
| **Area: Equipment In Storage** | | | | | | | |
| 117 | Lot: | NA | NA | NA | NA | Assorted Equipment In Storage, IBNLT: Storage/Mix Tanks, Air Receiver Tanks, Conveyor Sections, S/S Tables, Scales, Metal Shelving Sections, Pallet Rack Sections, etc. | 7,500 |
| | | | | | | **Equipment in Storage Total -** | **512,500** |

Debtor name        Papa Grande Gourmet Foods, LLC

United States Bankruptcy Court for the:

       Western District of Texas, San Antonio Division

Case number (if known):     19-50391

☑ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1** | **Creditor's name**

Albert Uresti, MPA

**Creditor's mailing address**

Bexar County Tax Assessor-Coll

San Antonio, TX 78299-2903

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $92,189.26    Column B: $0.00

**2.2** | **Creditor's name**

Corporation Service Company

**Creditor's mailing address**

251 Little Falls Dr

Wilmington, DE 19808-1674

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**

UCC

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: unknown    Column B: $0.00

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$2,099,922.26

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column A — **Amount of claim** Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

---

**2.3**

**Creditor's name**

Crown Lift Trucks

**Creditor's mailing address**

PO Box 641173

Cincinnati, OH 45264

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Crown SC5245-40
Forklift, Electric, Hard Tire, ROPS, w/ Side Shift Attachment (G)

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$1,900.00 | $10,000.00

---

**2.4**

**Creditor's name**

Ford Credit

**Creditor's mailing address**

P.O.Box 650575

Dallas, TX 75265-0575

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2018 Ford F-150
Pickup Truck, Styleside, Raptor Trim Level, 4X4 (VG)

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$70,000.00 | $24,000.00

---

## Part 1: Additional Page

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5**

**Creditor's name**

Leaf

**Creditor's mailing address**

PO Box 742647

Cincinnati, OH 45274-2647

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $16,000.00    Column B: $0.00

---

**2.6**

**Creditor's name**

LEXUS FINANCIAL SERVICES

**Creditor's mailing address**

PO BOX 5855

Carol Stream, IL 60197-5855

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2013 Lexus LS460

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $50,000.00    Column B: $16,000.00

---

| Part 1: | **Additional Page** | | Column A | Column B |
| --- | --- | --- | --- | --- |
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.7**

**Creditor's name**

Mercedes-Benz Financial Srv

**Creditor's mailing address**

PO Box 5260

Carol Stream, IL 60197-5260

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**For Asset:**
**2015 Freightliner Light Duty Cascadia**
**Truck Tractor (G)**

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**2016 Freightliner**
**2015 Freightliner Light Duty Cascadia**

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2015 Freightliner Light Duty Cascadia
Truck Tractor (G)

2016 Freightliner
2015 Freightliner Light Duty Cascadia

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $119,000.00

Column B: $100,000.00

## Part 1: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.8**

**Creditor's name**

Multivac, Inc

**Creditor's mailing address**

11021 N W Pomona Ave

Kansas City, MO 64153

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2015 Multivac F200 213290
Rollstock Thermoform Packaging Machine, Vacuum Tray Packing Type, Stainless Steel, w/ Accessories, Touch Panel Operator Control (VG)

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| $120,000.00 | $110,000.00 |

## Part 1:   Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | **Column A**<br>Amount of claim<br>Do not deduct the<br>value of collateral. | **Column B**<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|

**2.9**

**Creditor's name**

Transpecos Bank SSB

**Creditor's mailing address**

112 East Pecan Street 800

San Antonio, TX 78205

**Creditor's email address, if known**

**Date debt was incurred**   2014

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

   **For Asset:**
   **Accounts receivable under 90 days**

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

   **For Asset:**
   **TransPecos Banks**

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

   **For Asset:**
   **TransPecos**

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**      $1,448,000.00      $416,347.10

Accounts receivable under 90 days

TransPecos Banks

TransPecos

**Describe the lien**

Money Loaned

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.10**

**Creditor's name**

US Bank Equipment Finance

**Creditor's mailing address**

PO Box 790448

Saint Louis, MO 63179

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $23,000.00
Value of collateral: $0.00

---

**2.11**

**Creditor's name**

Yellowstone Capital, LLC

**Creditor's mailing address**

30 Broad St # 14018

New York, NY 10004-2304

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: $159,833.00
Value of collateral: $0.00

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Bexar County Tax Assessor Collector c/o<br>Don Stecker, LInebarger, Googan, Blair & Sampson<br>711 Navaro St. 300<br>San Antonio, TX 78205 | Line 2.1 | ___ ___ ___ ___ |
| Corporate Service Company as Representative<br>P.O. Box 2576<br>Patterson, IL 62708 | Line 2.2 | ___ ___ ___ ___ |
| Randall P. Mroczynski, Esq.<br>c/o Cooksey, Toolen, Gage, Duffy & Woog<br>535 Anton Blvd Fl 10<br>Costa Mesa, CA 92626-1947 | Line 2.7 | 2 0 0 1 |
| Taylor, Mark<br>100 Congress Avenue 1800<br>Austin, TX 78701 | Line 2.9 | ___ ___ ___ ___ |
| Yellowstone Capital, LLC<br>c/o Vadim Serebro, Esq.<br>55 Broadway Fl 3<br>New York, NY 10006-3757 | Line 2.11 | ___ ___ ___ ___ |

 Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.**   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

**2.**   List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**  **Priority creditor's name and mailing address**

**Internal Revenue Service**

**Po Box 7346**

**Philadelphia, PA 19101-7346**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Notice**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **unknown**    Priority amount: **$97,000.00**

**2.2**  **Priority creditor's name and mailing address**

**Texas Comptroller of Public Account**

**Attn: Bankruptcy**

**Po Box 149359**

**Austin, TX 78714-9359**

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Notice**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: **unknown**    Priority amount: **unknown**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

1 World Sync

PO Box 78000

Detroit, MI 48278-1341

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Amount of claim** $2,638.35

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

A&A Machine Shop

6442 Manda Dr

San Antonio, TX 78239

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Amount of claim** $2,002.63

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

Accident Fund

PO Box 77000 Dept 77125

Detroit, MI 48277-0125

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Amount of claim** $12,235.00

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

Acosta

5050 Westway Park Blvd. #100

Houston, TX 77041

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Amount of claim** $25,002.71

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address

ADT LP

1718 S Brazos

San Antonio, TX 78207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Materials

**Amount of claim** $300,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | Additional Page |
|---------|-----------------|

---

**3.6** | Nonpriority creditor's name and mailing address
Alchemy

5301 Riata Park Ct Ste F

Austin, TX 78727-3438

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$9,352.80

---

**3.7** | Nonpriority creditor's name and mailing address
Ameritas Life Insurance

PO Box 81889

Lincoln, NE 68501-1889

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$537.64

---

**3.8** | Nonpriority creditor's name and mailing address
APG A-perfect Graphic

631 North W.W White Rd

San Antonio, TX 78219

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$478.00

---

**3.9** | Nonpriority creditor's name and mailing address
AT&T

Po Box 5017

Carol Stream, IL 60197-5017

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utility

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.10** | Nonpriority creditor's name and mailing address
AT&T

P.O. Box 5001

Carol Stream, IL 60197-5001

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,985.03

---

**Part 2:** Additional Page

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $599.85 |

**3.11** Nonpriority creditor's name and mailing address

**B & B SUPPLY**

P.O BOX 517

Morgan, PA 15064

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$599.85

---

**3.12** Nonpriority creditor's name and mailing address

**Baur Tape and Label**

130 Lombrano

San Antonio, TX 78207

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$16,685.15

---

**3.13** Nonpriority creditor's name and mailing address

**Big State**

1500 S. Zarzarmora Ste 510

San Antonio, TX 78207

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,395.75

---

**3.14** Nonpriority creditor's name and mailing address

**Blanco Rentals**

5415 Blanco Rd

San Antonio, TX 78216

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$92.01

---

**3.15** Nonpriority creditor's name and mailing address

**Bridge Capital Corp**

2365 Rice #201

Houston, TX 77005

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,905.39

**Part 2:** Additional Page

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80,413.00 |
|---|---|---|---|

Capital Advance Services

c/o Yellowstone Capital, LLC

1 Evertrust Plz

Jersey City, NJ 07302-3051

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79,420.00 |
|---|---|---|---|

Capital Merchant Services

c/o Yellowstone Capital, LLC

1 Evertrust Plz

Jersey City, NJ 07302-3051

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,320.80 |
|---|---|---|---|

Capital One Visa 1609

PO Box Box 60599

City of Industry, CA 91716

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,567.90 |
|---|---|---|---|

Capital One Visa 1609

PO Box Box 60599

City of Industry, CA 91716

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,373.92 |
|---|---|---|---|

Capital One Visa 4236

PO Box Box 60599

City of Industry, CA 91716

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

| Part 2: | Additional Page |
|---|---|

**3.21** Nonpriority creditor's name and mailing address

CHC Companion

P.O. Box 3280

Grapevine, TX 76099-3280

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Healthcare premiums

Is the claim subject to offset?
☑ No
☐ Yes

$18,498.00

**3.22** Nonpriority creditor's name and mailing address

Chesapeake Spice Company

PO BOX 6129

Hermitage, PA 16148-0922

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$32,000.00

**3.23** Nonpriority creditor's name and mailing address

CHS PFI

PO Box 851329

Minneapolis, MN 55485-1329

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$6,364.00

**3.24** Nonpriority creditor's name and mailing address

Cintas

3349 S. E. Loop 410

San Antonio, TX 78222

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$6,619.63

**3.25** Nonpriority creditor's name and mailing address

City Public Service- Electric

8 PO BOX 2678

SAN ANTONIO, TX 78289-0001

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$655.94

**Part 2:** Additional Page

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.14 |
|---|---|---|---|

**3.26** Nonpriority creditor's name and mailing address
COASTAL SALES ASSOCIATES, INC.

260 BALLARD RD, UNIT 2

Middletown, NY 10941

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$55.14

---

**3.27** Nonpriority creditor's name and mailing address
Coastal Transportation Service

107 Marcon Drivw

Lafayette, LA 70507

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$6,429.00

---

**3.28** Nonpriority creditor's name and mailing address
Colorado Boxed Beef Co.

11850 Center Road

San Antonio, TX 78223

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$8,352.00

---

**3.29** Nonpriority creditor's name and mailing address
Commerce Technologies,LLC

25736 Network Place

Chicago, IL 60673-1257

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$13,005.47

---

**3.30** Nonpriority creditor's name and mailing address
Concentra

PO Box 9005

Addison, TX 75001-9005

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$138.50

**Part 2:** Additional Page

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,793.56 |
|---|---|---|---|

**3.31** Nonpriority creditor's name and mailing address
Coordinated Strategic Alliances

Attn: Unit 2

260 ballard rd

Middletown, NY 10941

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,793.56

---

**3.33** Nonpriority creditor's name and mailing address
CPS Energy

Attn: Bankruptcy Section

145 Navarro St Stop 110910

San Antonio, TX 78205-2934

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utilities

Is the claim subject to offset?
☑ No
☐ Yes

$13,586.47

---

**3.34** Nonpriority creditor's name and mailing address
CTRMA Processing

PO BOX 16777

Austin, TX 78761-6777

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$83.33

---

**3.35** Nonpriority creditor's name and mailing address
D & J Food Supply

PO Box 2014

Adkins, TX 78101

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$9,331.80

---

**3.36** Nonpriority creditor's name and mailing address
Dalton's Club Marketing Serv

Attn: Suite 31

5100 West J.B. Hunt Drive

Rogers, AZ 72758

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$5,688.26

| Part 2: | Additional Page |
|---|---|

---

**3.37** | Nonpriority creditor's name and mailing address
DanHil Containers

PO Box 2089

Temple, TX 76503

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$57,255.28

---

**3.38** | Nonpriority creditor's name and mailing address
David Sanchez DBA

3622 Colony Dr

San Antonio, TX 78230

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$239.25

---

**3.39** | Nonpriority creditor's name and mailing address
Daymon Worldwide Inc.

1302 N. Grand

Hutchinson, KS 67501

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,121.50

---

**3.40** | Nonpriority creditor's name and mailing address
Delta Printing Co.

214 Columbia street

Bogalusa, LA 70427-4588

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,437.50

---

**3.41** | Nonpriority creditor's name and mailing address
Department of the Treasury

P.O.Box 804525

Cincinnati, OH 45280-4525

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$290.79

---

| Part 2: | Additional Page |
|---|---|

**3.42** Nonpriority creditor's name and mailing address

DeRosa Mangold Consulting

200 West Highway 6, Ste 310

waco, TX 76712

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$47.36

**3.43** Nonpriority creditor's name and mailing address

Diagraph Foxjet

1 Missouru Research Park

ST Charles, MO 63304

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,960.34

**3.44** Nonpriority creditor's name and mailing address

ECHO Global Logistics Inc.

22168 Network place

Chicago, IL 60673

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,900.00

**3.45** Nonpriority creditor's name and mailing address

El Rancho Food Service

623 New Laredo Highway

San Antonio, TX 78211

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,420.00

**3.46** Nonpriority creditor's name and mailing address

El Rancho Supermercado

PO Box 472586

Garland, TX 75047

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$780.00

| Part 2: | Additional Page |
|---|---|

**3.47** Nonpriority creditor's name and mailing address

El Terrifico LLC

5255 Poplar Ave

Memphis, TN 38119

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,000.00

---

**3.48** Nonpriority creditor's name and mailing address

ENGLAND LOGISTICS

1325 S. 4700 W.

Salt Lake City, UT 84104

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$9,505.00

---

**3.49** Nonpriority creditor's name and mailing address

E-Z Edge

6119 Adams St

West New York, NJ

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,461.25

---

**3.50** Nonpriority creditor's name and mailing address

Felipe Aguilar

119 Adrain st

san antonio, TX 78213

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$100.00

---

**3.51** Nonpriority creditor's name and mailing address

Garcia, Andrew

9 Sherborne

San Antonio, TX 78257

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  From sale of business

Is the claim subject to offset?
☑ No
☐ Yes

$1,500,000.00

---

**Part 2:**  Additional Page

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,037.40** |
|---|---|---|---|

**3.52** Nonpriority creditor's name and mailing address
GP Labels

26422 Grey Horse Run #5

San Antonio, TX 78260

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$4,037.40**

---

**3.53** Nonpriority creditor's name and mailing address
Green Bay Packaging Inc.

1700 N Webster Ave

Green Bay, WI 54302-1128

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$18,104.26**

---

**3.54** Nonpriority creditor's name and mailing address
Handtman Inc.

28690 N. Ballard Dr.

Lake Forest, IL 60045

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$44,369.28**

---

**3.55** Nonpriority creditor's name and mailing address
HCTRA-VIOLATIONS

Dept I

Houston, TX 77210-4440

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$54.00**

---

**3.56** Nonpriority creditor's name and mailing address
Hilda C. Garcia

28 Arnold Palmer

San Antonio, TX 78257

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$730,329.00**

---

## Part 2:   Additional Page

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,211.20 |
|---|---|---|---|

**3.57** Nonpriority creditor's name and mailing address

Hojas Para Tamal La Guadalupan

204 Mescalero Dr

Laredo, TX 78045-4146

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$18,211.20

---

**3.58** Nonpriority creditor's name and mailing address

Hojas Y Especies El Chicano

617 Barnsdale Road

La Grange Park, IL 60526

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$30,067.20

---

**3.59** Nonpriority creditor's name and mailing address

Hovus

272 Brodhead Road Ste 200

Bethlehem, PA 18017

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$95,104.94

---

**3.60** Nonpriority creditor's name and mailing address

IEH Laboratories

9330 Corporate Drive Suite 703

Selma, TX 78154

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$874.50

---

**3.61** Nonpriority creditor's name and mailing address

Infinium A/C & Refrigeration

20770 Hwy 281 N Suite 108-305

San Antonio, TX 78258

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$348.57

**Part 2:**  Additional Page

| | | |
|---|---|---|
| **3.62** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,070.00 |

**3.62** Nonpriority creditor's name and mailing address
**Integrity Express Logistics**

62488 Collections Center Drive

Chicago, IL 60693-0624

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,070.00

---

**3.63** Nonpriority creditor's name and mailing address
**iTrade Network**

PO Box 935209

Atlanta, GA 31193

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,024.00

---

**3.64** Nonpriority creditor's name and mailing address
**JBS Packerland**

Attn: P.O.Box 561477

US Bank

Denver, CO 80256

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$46,796.29

---

**3.65** Nonpriority creditor's name and mailing address
**JEAR Logistics**

Attn: 3409 Salterbeck St.

PO Box 1348

Mount Pleasant, SC 29466

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,696.00

---

**3.66** Nonpriority creditor's name and mailing address
**John Lane & Associates**

8526 N. New Braunfels Ave.

San Antonio, TX 78217

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,554.50

| Part 2: | Additional Page |
|---|---|

**3.67** Nonpriority creditor's name and mailing address

Jules and Associates

BO Box 4130

Hopkins, MN 55343-0498

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$3,083.06

---

**3.68** Nonpriority creditor's name and mailing address

Julian Cantu

243 West Palfrey

San Antonio, TX 78223

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$2,934.00

---

**3.69** Nonpriority creditor's name and mailing address

KANSAS PROTEIN FOODS

2701 East 11th Ave.

Hutchinson, KS 67501

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$9,144.00

---

**3.70** Nonpriority creditor's name and mailing address

Kenneth A. Garcia Jr

28 Arnold Palmer

San Antonio, TX 78257

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$9,973.95

---

**3.71** Nonpriority creditor's name and mailing address

Kenneth D. Garcia

28 Arnold Palmer

San Antonio, TX 78257

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

$9,974.40

| **Part 2:** | Additional Page |

---

**3.72** Nonpriority creditor's name and mailing address

Labor On Demand,INC

Attn: STE 150

4241 E PIEDRAS DR

San Antonio, TX 78228

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,670.14

---

**3.73** Nonpriority creditor's name and mailing address

LOMA Systems

283 E. Lies Road

Carol Stream, IL 60188

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,822.71

---

**3.74** Nonpriority creditor's name and mailing address

Managed Prescription Program

10860 N Mavinee Dr.

Oro VAlley, AZ 78213

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$78.91

---

**3.75** Nonpriority creditor's name and mailing address

Marcus Food Company

Attn: P.O. Box 781659

Attention: Account Receivable

Wichita, KS 67278-1659

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,550.40

---

**3.76** Nonpriority creditor's name and mailing address

MAREL INC.

DEPT. CH 17141

Palatine, IL 60055-7141

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,080.83

---

## Part 2: Additional Page

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | unknown |
|---|---|---|---|

**3.77** Nonpriority creditor's name and mailing address
Martin & Drought, PC

300 Convent St Ste 2500

San Antonio, TX 78205-3716

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**  Legal Fees

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.78** Nonpriority creditor's name and mailing address
Martinez, Irma

11621 Cedar Crest

El Paso, TX 79936

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$386.37

---

**3.79** Nonpriority creditor's name and mailing address
McLain Foods, Inc.

Attn: Suite 202-S

100 2nd Avenue South

Saint Petersburg, FL 33701

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$16,600.00

---

**3.80** Nonpriority creditor's name and mailing address
Monte R. Barnes FTC Inc.

1045 Central Parkway N Ste.102

San Antonio, TX 78232

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,212.50

---

**3.81** Nonpriority creditor's name and mailing address
Murphy USA

PO Box 6293

Carol Stream, IL 60197

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,612.81

**Part 2:**   Additional Page

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59,359.00 |

Natalie Kay Villagomez

28 Arnold Palmer

San Antonio, TX 78257

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,903.20 |

Nationwide Insurance

Processing Center

Des Moines, IA 50306-0491

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.01 |

NATWELL SUPPLY CORP.

702 CULEBRA AVE.

San Antonio, TX 78201

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $317.00 |

Netwel Supply Corp

702 Culebra

San Antonio, TX 78201

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $51.51 |

North Texas Tollway Authorit

PO Box 260928

Plano, TX 75026-0928

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

## Part 2: Additional Page

| **3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,029.83 |
|---|---|---|---|
| | Office Depot/Office Max | ☐ Contingent | |
| | 6600 N Military Trl S416R | ☐ Unliquidated | |
| | Boca Raton, FL 33496-2434 | ☐ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No<br>☐ Yes | |

| **3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $13,784.66 |
|---|---|---|---|
| | Pacesetter Personal Services | ☐ Contingent | |
| | P.O Box 2324 | ☐ Unliquidated | |
| | Houston, TX 77252-2324 | ☐ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No<br>☐ Yes | |

| **3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $38,055.24 |
|---|---|---|---|
| | Packall Packaging Inc. | ☐ Contingent | |
| | 2 Shaftsbury Lane | ☐ Unliquidated | |
| | Brampton,Ontari, L6T 3X7 | ☐ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No<br>☐ Yes | |

| **3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $12,500.00 |
|---|---|---|---|
| | Papa Grande Gourmet Foods | ☐ Contingent | |
| | 1802 Jackson Keller | ☐ Unliquidated | |
| | San Antonio, TX 78213 | ☐ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No<br>☐ Yes | |

| **3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $15,909.83 |
|---|---|---|---|
| | PESA Labeling | ☐ Contingent | |
| | 4401 Paredes Line Road | ☐ Unliquidated | |
| | Brownsville, TX 78526 | ☐ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | Last 4 digits of account number __ __ __ __ | ☑ No<br>☐ Yes | |

**Part 2:**  Additional Page

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,960.00 |
|---|---|---|---|

**3.92** Nonpriority creditor's name and mailing address
PHOENIX FREIGHT
PO BOX 51385
Phoenix, AZ 85076

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☑ No
☐ Yes

$1,960.00

---

**3.93** Nonpriority creditor's name and mailing address
Pitney Bowes- 5802518
P.O. Box 371887
Pittsburgh, PA 15250-7887

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☑ No
☐ Yes

$36.98

---

**3.94** Nonpriority creditor's name and mailing address
Pitney Bowes Purchase Power
PO BOX 371874
Pittsburg, PA 15250-7874

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☑ No
☐ Yes

$68.86

---

**3.95** Nonpriority creditor's name and mailing address
Poly-clip System Corp.
1000 Tower Road
Mundelein, OH 60060

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☑ No
☐ Yes

$3,397.05

---

**3.96** Nonpriority creditor's name and mailing address
POLYMERALL
1431 GREENWAY DRIVE #800
Irving, TX 75038

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☑ No
☐ Yes

$18,235.48

| Part 2: | Additional Page |

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,000.00 |
|---|---|---|---|

**3.97** Nonpriority creditor's name and mailing address
Qvest

1101 8th Street Unit #1

Greeley, CO 80631

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$55,000.00

---

**3.98** Nonpriority creditor's name and mailing address
REBECCA GONZALES

9332 MISTY MEADOW

Converse, TX 78109

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$520.00

---

**3.99** Nonpriority creditor's name and mailing address
Refrigerated Transport

PO Box 6008

Arlington, TX 76005

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$17,099.55

---

**3.100** Nonpriority creditor's name and mailing address
Resource Solutions LLC

1075 Broad Ripple Ave

Indianapolis, IN 46220

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,596.45

---

**3.101** Nonpriority creditor's name and mailing address
RG Marketing & Consulting

1716 S. San Marcos Ste.107

San Antonio, TX 78207

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$11,750.00

**Part 2:** Additional Page

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,031.68 |
|---|---|---|---|

**3.102**

Nonpriority creditor's name and mailing address

RogCo Inc.

PO Box 1801

Bentonville, AR 72712

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$34,031.68

---

**3.103**

Nonpriority creditor's name and mailing address

Roto Rooter Services Co.

433 Breesport

San Antonio, TX 78216

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,376.09

---

**3.104**

Nonpriority creditor's name and mailing address

SAGE Software

271 17th St Nw

Atlanta, GA 30363-6216

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,788.00

---

**3.105**

Nonpriority creditor's name and mailing address

San Antonio Armature Works

1015 N. Colorado

San Antonio, TX 78207

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,004.68

---

**3.106**

Nonpriority creditor's name and mailing address

SAN ANTONIO MANUFACTURES ASSOCIATION

Attn: STE-C

9607 BROADWAY

San Antonio, TX 78217

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$450.00

**Part 2:** Additional Page

**3.107**

**Nonpriority creditor's name and mailing address**

San Antonio Water Systems

**Attn: Bankruptcy Dept**

**Po Box 2449**

**San Antonio, TX 78298-2449**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.108**

**Nonpriority creditor's name and mailing address**

Sanchez Distributors Inc.

**PO Box 780817**

**San Antonio, TX 78278**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,600.00

---

**3.109**

**Nonpriority creditor's name and mailing address**

SanTex Bearing

**2418 N. Pan Am Expwy**

**San Antonio, TX 78208**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$77.94

---

**3.110**

**Nonpriority creditor's name and mailing address**

SCHNEIDER INDUSTRIES INC.

Schneider National Inc.,
**ATTN: Credit Dept.**

**3101 Packerland Dr**

**Green Bay, WI 54313-6187**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,245.00

---

**3.111**

**Nonpriority creditor's name and mailing address**

Shamrock Meats, Inc

**PO Box 230**

**Shamrock, TX 79079**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,374.50

**Part 2:** Additional Page

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $345.03 |
|---|---|---|---|

**3.112** Nonpriority creditor's name and mailing address
Silliker, Inc.

3106 SE C Street, Suite 2

Bentonville, AR 72712

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$345.03

---

**3.113** Nonpriority creditor's name and mailing address
Smithfield Foods

P.O. Box 20121

Kansas City, MO 64195

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$25,640.00

---

**3.114** Nonpriority creditor's name and mailing address
SOS Enviro Services, LLC.

P.O. BOX 53988

Lafayette, LA 70505+3988

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$26,027.37

---

**3.115** Nonpriority creditor's name and mailing address
South Texas Spice Co

2106 Castroville Rd.

San Antonio, TX 78237

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$6,638.00

---

**3.116** Nonpriority creditor's name and mailing address
SOUTHWASTE DISPOSAL , LLC.

P.O. BOX 53988

Lafayette, LA 70505-3988

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$9,468.95

### Part 2: Additional Page

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,481.78 |
|---|---|---|---|

**3.117**

Nonpriority creditor's name and mailing address
SSS Ingredients

6333 Rothway St.

Houston, TX 77040

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$12,481.78

---

**3.118**

Nonpriority creditor's name and mailing address
Sure Good Foods

2333 North Sheridan Way

Mississauga, L5K 1A7

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$17,224.00

---

**3.119**

Nonpriority creditor's name and mailing address
Synergistic Enviromental

10236 HWY 181 South

San Antonio, TX 78223

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,920.00

---

**3.120**

Nonpriority creditor's name and mailing address
Sysco - San Antonio

P.O. Box 18364

San Antonio, TX 78218-0364

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$833.06

---

**3.121**

Nonpriority creditor's name and mailing address
TAYLOR MADE HOSE

5914 ZANGS DR

San Antonio, TX 78238

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$241.22

| Part 2: | Additional Page |

---

**3.122** | **Nonpriority creditor's name and mailing address**
Texas Packing Company

1809 N. Bell St.

San Angelo, TX 76903

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,428.80

---

**3.123** | **Nonpriority creditor's name and mailing address**
TIPPER TIE

2000 Lufkin Road

Apex, NC 27539

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$55,441.56

---

**3.124** | **Nonpriority creditor's name and mailing address**
T-Mobile

PO BOX 660252

Dallas, TX 75266

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$630.00

---

**3.125** | **Nonpriority creditor's name and mailing address**
TxTag

PO Box 650749

Dallas, TX 75265

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$345.23

---

**3.126** | **Nonpriority creditor's name and mailing address**
U S Dept of Agric.-741884616

A Food Safety & Inspctin Ser-

ST LOUIS, MO 63197-9000

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,326.88

---

**Part 2:** Additional Page

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,665.69 |
|---|---|---|---|

**3.127** Nonpriority creditor's name and mailing address
ULINE

PO BOX 88741

Chicago, IL 60680

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,665.69

---

**3.128** Nonpriority creditor's name and mailing address
Up Hill Marketing

24 CARRIAGE LANE

Norristown, PA 19401

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,800.00

---

**3.129** Nonpriority creditor's name and mailing address
US Department of Agriculture - FSIS

Po Box 979001

Saint Louis, MO 63197-9000

Date or dates debt was incurred _____

Last 4 digits of account number   1   9   0   9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  reimbursable services

Is the claim subject to offset?
☑ No
☐ Yes

$2,144.44

---

**3.130** Nonpriority creditor's name and mailing address
Valero [ACH-1]

PO BOX 300

Amarillo, TX 79105-0300

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,622.72

---

**3.131** Nonpriority creditor's name and mailing address
Veritiv Corporation

PO Box 849089

Dallas, TX 75284

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,440.90

| Part 2: | Additional Page |

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $34,027.10 |
|---|---|---|---|

**3.132** Nonpriority creditor's name and mailing address
ViscoFan USA

ATTN: Alonso Ramos

1900 Spring Rd Ste 450

Oak Brook, IL 60523-1481

Date or dates debt was incurred _____

Last 4 digits of account number  1  9  5  3

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$34,027.10

---

**3.133** Nonpriority creditor's name and mailing address
Viskoteepak

1240 Paysphere Circle

Chicago, IL 60674

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,138.55

---

**3.134** Nonpriority creditor's name and mailing address
Waste Management/San Antonio

4730 SE Loop 410

San Antonio, TX 78222-3929

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,907.60

---

**3.135** Nonpriority creditor's name and mailing address
WebTPA

8500 Freeport Parkway South

Irving, TX 75063

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$450.00

---

**3.136** Nonpriority creditor's name and mailing address
WERNER LOGISTICS

39365 TREASURY CENTER

Chicago, IL 60694-9300

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$8,650.00

| Part 2: | Additional Page |
| --- | --- |

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,060.00 |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**

ZAVALA'S PALLETS

210 SEGUIN ST

San Antonio, TX 78208

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.1 | **Barnett & Garcia**<br>**3821 Juniper Trce Ste 108**<br>**Austin, TX 78738-5514** | Line **3.53**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2 | **Robbins Salomon& Patt ltd**<br>**180 North LaSalle Street**<br>**Chicago, IL 60601** | Line **3.54**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3 | **Seafax**<br>**P.O. Box 15340**<br>**Portland, ME 04112** | Line **3.118**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4 | **Chaires, Albert Elias**<br>**111 Soledad 300**<br>**San Antonio, TX 78205** | Line **3.108**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5 | **Habbeshah, Penny**<br>**9901 IH 10 West 800**<br>**San Antonio, TX 78230** | Line **3.72**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6 | **Alcantara, Kantack**<br>**4113 Padre BLVD**<br>**South Padre Island, TX 78597** | Line **3.91**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7 | **Goldman Evans and Trammel**<br>**10323 Cross Creek blvd F**<br>**Tampa, FL 33647** | Line **3.85**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8 | **Mendelson Law Firm**<br>**799 Estate Place**<br>**Memphis, TN 38187** | Line **3.47**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5.   Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. | **+** $4,017,511.94 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $4,017,511.94 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Papa Grande Gourmet Foods, LLC |
| United States Bankruptcy Court for the: | Western District of Texas, San Antonio Division |
| Case number (if known): | 19-50391     Chapter __11__ |

 Check if this is an
amended filing

# Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Packaging Systems | Multivac, Inc |
| | | | 11021 N W Pomona Ave |
| | State the term remaining | 0 months | Kansas City, MO 64153 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Forklift | Crown Lift Trucks |
| | | | PO Box 641173 |
| | State the term remaining | 0 months | Cincinnati, OH 45264 |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Forklift | US Bank Equipment Finance |
| | | | PO Box 790448 |
| | State the term remaining | 0 months | Saint Louis, MO 63179 |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Forklift | 4 Hour Funding |
| | | | 1400 Preston Rd Ste 115 |
| | State the term remaining | 0 months | Plano, TX 75093-5159 |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Forklift | S & L Liftmaster Inc. |
| | | | 3915 Seguin Road |
| | State the term remaining | 0 months | San Antonio, TX 78219 |
| | List the contract number of any government contract | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.6**
State what the contract or lease is for and the nature of the debtor's interest: Packaging Machine

State the term remaining: 0 months

List the contract number of any government contract:

Leaf (TUCS)
PO Box 742647
Cincinnati, OH 45274-2647

**2.7**
State what the contract or lease is for and the nature of the debtor's interest: Lease of 1802 Jackson Keller, San Antonio, Texas

Contract to be ASSUMED

State the term remaining: 0 months

List the contract number of any government contract:

KHRL Group, LLC
1802 NE Loop 410 Ste 102
1802 Jackson Keller
San Antonio, TX 78213

**2.___**
State what the contract or lease is for and the nature of the debtor's interest:

State the term remaining:

List the contract number of any government contract:

**2.___**
State what the contract or lease is for and the nature of the debtor's interest:

State the term remaining:

List the contract number of any government contract:

**2.___**
State what the contract or lease is for and the nature of the debtor's interest:

State the term remaining:

List the contract number of any government contract:

**2.___**
State what the contract or lease is for and the nature of the debtor's interest:

State the term remaining:

List the contract number of any government contract:

**2.___**
State what the contract or lease is for and the nature of the debtor's interest:

State the term remaining:

List the contract number of any government contract:

 Check if this is an
amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*..............................................................................              $0.00

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*.............................................................................          $3,143,585.67

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*..............................................................................          $3,143,585.67


### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................          $2,099,922.26


3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................              $0.00

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................     +     $4,017,511.94


4. **Total liabilities**......................................................................................................          $6,117,434.20
   Lines 2 + 3a + 3b

Debtor name       Papa Grande Gourmet Foods, LLC

United States Bankruptcy Court for the:

      Western District of Texas, San Antonio Division

Case number (if known):     19-50391

 Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1:   Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2019 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $1,184,029.00 |
| **For prior year:** From 01/01/2018 to 12/31/2018<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $13,197,740.00 |
| **For the year before that:** From 01/01/2017 to 12/31/2017<br>MM/ DD/ YYYY   MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $13,756,835.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From 01/01/2019 to Filing date<br>MM/ DD/ YYYY | | **Total Gross Revenue:**<br>$0.00 |
| **For prior year:** From 01/01/2018 to 12/31/2018<br>MM/ DD/ YYYY   MM/ DD/ YYYY | | **Total Gross Revenue:**<br>$0.00 |
| **For the year before that:** From 01/01/2017 to 12/31/2017<br>MM/ DD/ YYYY   MM/ DD/ YYYY | | **Total Gross Revenue:**<br>$0.00 |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. See Attached Schedule A<br>Creditor's name<br><br>Street<br><br><br>City          State     ZIP Code | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Kenneth D. Garcia<br>Creditor's name<br>28 Arnold Palmer<br>Street<br><br>San Antonio, TX 78257<br>City          State     ZIP Code<br>**Relationship to debtor**<br>Member | 1/4/19-2/22/19<br>3/23/18<br>3/30/18<br>4/6/18-6/29/18<br>7/6/18-9/28/18<br>10/5/18-12<br>/28/18 | $256,860.64 | Salary |
| 4.2. Kenneth A. Garcia Jr<br>Creditor's name<br>28 Arnold Palmer<br>Street<br><br>San Antonio, TX 78257<br>City          State     ZIP Code<br>**Relationship to debtor**<br>Relative | 2/23/18-3/30/18<br>4/6/18-6/29/18<br>7/6/18-9/28/18<br>10/05/18-12<br>/28/18<br>1/4/19-2/22/19 | $72,145.56 | Salary |

4.3.  Gregory A. Smothers                    2/23/18-3/30/18    $63,750.00    Salary
Creditor's name

  8201 Lammtarra Cir                         4/6/18-6/29/18
Street

                                             7/6/18-9/28/18

  Boerne, TX 78015-4285                      10/5/18-12
City            State    ZIP Code            /18/18

**Relationship to debtor**                   1/4/19-2/22/19

  Relative


4.4.  Andy J. Garcia                         7/20/18-9/28/18    $23,000.00    Salary
Creditor's name

  322 Coronet                                10/05/18-12
Street                                       /28/18

  San Antonio, TX 78216
City            State    ZIP Code

**Relationship to debtor**

  Relative


4.5.  Irma C. Martinez                       1/4/19-2/22/19    $16,400.00    Salary
Creditor's name

  7443 Moss Brook Dr                         5/4/18-6/29/18
Street

                                             7/6/18-9/28/18

  San Antonio, TX 78255-1301                 10/5/18-12
City            State    ZIP Code            /28/18

**Relationship to debtor**

  Relative


4.6.  Hilda C. Garcia                        2/1/19            $84,500.00    Salary
Creditor's name

  28 Arnold Palmer                           2/22/19
Street

                                             3/23/18

  San Antonio, TX 78257                      4/27/18
City            State    ZIP Code

**Relationship to debtor**                   5/25/18

  Manager                                    6/29/18

                                             7/27/18

                                             8/31/18

                                             9/28/18

                                             10/26/18

                                             11/30/18

                                             12/28/18

|  |  | 4/6/18 |  |  |
|---|---|---|---|---|
| **4.7.** | David Cameron | 2/1/19 | $21,000.00 | Salary |
|  | Creditor's name | 2/22/19 |  |  |
|  | 1800 Broadway St Apt 2104 | 2/2/18-3/30/18 |  |  |
|  | Street |  |  |  |
|  | San Antonio, TX 78215-1345 | 4/27/18-6/29/18 |  |  |
|  | City          State      ZIP Code | 7/27/18-9/28/18 |  |  |
|  | **Relationship to debtor** | 10/5/18-12 |  |  |
|  | Relative | /28/18 |  |  |
| **4.8.** | Natalie G. Villagomez | 1/4/19-2/22/19 | $104,830.50 | Salary |
|  | Creditor's name | 2/23/18-3/30/18 |  |  |
|  | 7 Cotswold Ln | 4/6/18-6/29/18 |  |  |
|  | Street |  |  |  |
|  | San Antonio, TX 78257-1220 | 7/6/18-9/28/18 |  |  |
|  | City          State      ZIP Code | 10/5/18-12 |  |  |
|  | **Relationship to debtor** | /28/18 |  |  |
|  | Relative |  |  |  |
| **4.9.** | Laura Smothers | 3/2/18 | $46,378.65 | Salary |
|  | Creditor's name | 4/13/18 |  |  |
|  | 28 Arnold Palmer | 5/11/18 |  |  |
|  | Street |  |  |  |
|  | San Antonio, TX 78257-1723 | 6/15/18 |  |  |
|  | City          State      ZIP Code | 6/22/18 |  |  |
|  | **Relationship to debtor** | 7/13/18 |  |  |
|  | Relative | 8/17/18 |  |  |
|  |  | 9/14/18 |  |  |
|  |  | 10/12/18 |  |  |
|  |  | 11/16/18 |  |  |
|  |  | 12/28/18 |  |  |
|  |  | 2/1/19 |  |  |
|  |  | 2/15/19 |  |  |

| 4.10. | Natalie Kay Villagomez | 10/02/2018 | $64,080.00 | Natalie Loaned the Company $122,146 in 2018. |
|---|---|---|---|---|
| | Creditor's name | | | $64,080 of this amount was repaid in 2018 leaving a |
| | 28 Arnold Palmer | 10/11/2018 | | total of $58,066.4 still owed. |
| | Street | | | |
| | | 10/19/2018 | | |
| | | 10/22/2018 | | |
| | San Antonio, TX 78257 | | | |
| | City    State  ZIP Code | | | |
| | **Relationship to debtor** | 11/02/2018 | | |
| | Officer and Daughter of Kenneth Garcia | 11/09/2018 | | |
| | | 11/16/2018 | | |
| | | 11/20/2018 | | |
| | | 11/27/2018 | | |
| | | 12/07/2018 | | |
| | | 12/04/2018 | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | | |
| Street | | | |
| City    State  ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | XXXX– ___ ___ ___ ___ | | |
| Street | | | |
| City    State  ZIP Code | | | |

**Part 3:**  Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity —within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Transpecos Banks SSB vs. Papa Grande Gourmet Foods, LLC, and KHRL Group, LLC, Kenneth Garcia and Hilda Garcia | debt collection | 288TH CIVIL DISTRICT COURT Name | ☑ Pending ☐ On appeal ☐ Concluded |
| | | | 100 Dolorosa Fl 4 Street | |
| | | | Bexar County Courthouse | |
| | **Case number** | | San Antonio, TX 78205-3038 | |
| | 2019CI02373 | | City        State      ZIP Code | |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Labor On Demand vs. Papa Grande Gourmet Foods, LLC Et. Al | DEBT/CONTRACT-OTHER | County Court at Law No. 10 Name | ☑ Pending ☐ On appeal ☐ Concluded |
| | | | 100 Dolorosa Basement Ste B29 Street | |
| | | | Bexar County Courthouse | |
| | **Case number** | | San Antonio, TX 78205-3038 | |
| | 2018CV06006 | | City        State      ZIP Code | |

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Elite Spice Inc. vs. Papa Grande Gourmet Foods, LLC Et al | DEBT/CONTRACT-OTHER | 150th Civil District Court Name | ☑ Pending ☐ On appeal ☐ Concluded |
| | | | 100 Dolorosa # 2.23 Street | |
| | | | Bexar County Courthouse | |
| | **Case number** | | San Antonio, TX 78205-3038 | |
| | 2017CI22076 | | City        State      ZIP Code | |

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Handtmann, Inc. vs. Garcia Foods, Inc. | Arbitration | American Arbitration Association Name | ☑ Pending ☐ On appeal ☐ Concluded |
| | | | 13727 Noel Rd Ste 700 Street | |
| | | | Central Case Management Center | |
| | **Case number** | | Dallas, TX 75240-2000 | |
| | 01-18-0002-7225 | | City        State      ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | | |
| | | **Case title** | **Court name and address** |
| | Street | | Name |
| | | **Case number** | Street |
| | City        State    ZIP Code | | |
| | | **Date of order or assignment** | City        State      ZIP Code |

**Part 4:** Certain Gifts and Charitable Contributions

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|
| | Recipient's name | | | |
| | Street | | | |
| | City          State    ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |

---

## Part 5:   Certain Losses

**10.** **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|---|
| | | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| 10.1. | | | | |

---

## Part 6:   Certain Payments or Transfers

**11.** **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|-------|---------------------------------------------|-------------------------------------------------|-------|-----------------------|
| | The Smeberg Law Firm | $3,434 filing fees and $10,000 attorney fees | 2/22/19 | $13,434.00 |
| | **Address** | | | |
| | 2010 W Kings Hwy | | | |
| | Street | | | |
| | San Antonio, TX 78201 | | | |
| | City          State    ZIP Code | | | |
| | **Email or website address** | | | |
| | ron@smeberg.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | Debtor | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Address** | | | |
| | Street | | | |
| | | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |

---

**Part 7:    Previous Locations**

---

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| Street | | |
| | | |
| City          State    ZIP Code | | |

---

**Part 8:    Health Care Bankruptcies**

---

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br><br>Facility name _____ | _____ | _____ |
| Street _____ | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
| City _____ State ____ ZIP Code ____ | _____ | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

    Does the debtor have a privacy policy about that information?

    ☐ No

    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

    ☐ No. Go to Part 10.

    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

    Has the plan been terminated?

    ☐ No

    ☐ Yes

---

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

18.1  _____  XXXX–__ __ __ __   ☐ Checking      _____   _____
      Name                                          ☐ Savings
      _____                     ☐ Money market
      Street                                         ☐ Brokerage
      _____                     ☐ Other
      City          State    ZIP Code               _____

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ City      State   ZIP Code | _____ _____ _____ **Address** _____ | _____ _____ _____ | ☐ No ☐ Yes |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____ Name _____ Street _____ City      State   ZIP Code | _____ _____ _____ **Address** _____ | _____ _____ _____ | ☐ No ☐ Yes |

### Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____ Name _____ Street _____ City      State   ZIP Code | _____ _____ _____ | _____ _____ _____ | _____ |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- ◼ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- ◼ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- ◼ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name | _____ | ☐ Pending |
| Case number | Street | _____ | ☐ On appeal |
| _____ | | | ☐ Concluded |
| | City          State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | _____ | _____ |
| Street | Street | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City          State    ZIP Code | _____ | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____ To _____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Barns, CPA, Monte<br>Name<br>1045 Central Parkway North 102<br>Street<br><br>San Antonio, TX 78232<br>City          State          ZIP Code | From 1/2015  To 12/2018 |
| 26a.2. Janet Allen<br>Name<br>1802 Jackson Keller<br>Street<br><br>San Antonio, TX 78213<br>City          State          ZIP Code | From 1/2009  To 2/2019 |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26b.1. Barns, CPA, Monte _____   From 1/2015 ____ To 12/2018 ____
       Name

       1045 Central Parkway North 102 _____
       Street

       _____

       San Antonio, TX 78232 _____
       City                        State        ZIP Code

| Name and address | Dates of service |
|---|---|

26b.2. Janet Allen _____   From 1/2009 ____ To 2/2019 ____
       Name

       1802 Jackson Keller _____
       Street

       _____

       San Antonio, TX 78213 _____
       City                        State        ZIP Code

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1. Barns, CPA, Monte _____   _____
       Name

       1045 Central Parkway North 102 _____   _____
       Street

       _____

       San Antonio, TX 78232 _____
       City                        State        ZIP Code

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1. _____
       Name

       _____
       Street

       _____

       _____
       City                        State        ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | _____ |

| | Name and address of the person who has possession of inventory records |
|---|---|

27.1.

Name

Street

City                          State          ZIP Code

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kenneth D. Garcia | 28 Arnold Palmer San Antonio, TX 78257 | Compnay Member, Member | 49.00 % |
| Hilda C. Garcia | 28 Arnold Palmer San Antonio, TX 78257 | Company Member, Member | 51.00 % |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Kenneth D. Garcia | $32790.72 | 1/4/19-2/22/19 | Salary |
| Name | | | |
| 28 Arnold Palmer | $5,465.12 | 3/23/18 | |
| Street | | | |
| | $10,930.24 | 3/30/18 | |
| San Antonio, TX 78257 | $71,046.56 | 4/6/18-6/29/18 | |
| City          State      ZIP Code | $71,046.56 | 7/6/18-9/28/18 | |
| **Relationship to debtor** | $65,581.44 | 10/5/18-12/28/18 | |
| Relative | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| **30.2.** Kenneth A. Garcia Jr<br>Name<br>28 Arnold Palmer<br>Street<br><br>San Antonio, TX 78257<br>City          State          ZIP Code | $8,657.46<br>$18,757.83<br>$18,757.83<br>$17,314.92<br>$8,657.46 | 2/23/18-3/30/18<br>4/6/18-6/29/18<br>7/6/18-9/28/18<br>10/5/18-12/28/18<br>1/4/19-2/22/19 | Salary |
| **Relationship to debtor**<br>Relative | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| **30.3.** Gregory A. Smothers<br>Name<br>8201 Lammtarra Cir<br>Street<br><br>Boerne, TX 78015-4285<br>City          State          ZIP Code | $7,500.00<br>$16,250.00<br>$16,250.00<br>$16,250.00<br>$7,500.00 | 2/23/18-3/30/18<br>4/6/18-6/29/18<br>7/6/18-9/28/18<br>10/5/18-12/18/18<br>1/4/19-2/2/19 | Salary |
| **Relationship to debtor**<br>Relative | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| **30.4.** Andy J. Garcia<br>Name<br>322 Coronet St<br>Street<br><br>San Antonio, TX 78216-5119<br>City          State          ZIP Code | $11,000.00<br>$12,000.00 | 7/20/18-9/28/18<br>10/5/18-12/28/18 | Salary |
| **Relationship to debtor**<br>Relative | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| **30.5.** Irma C. Martinez<br>Name<br>7443 Moss Brook Dr<br>Street<br><br>San Antonio, TX 78255-1301<br>City          State          ZIP Code | $2,400.00<br>$3,600.00<br>$5,200.00<br>$5,200.00 | 1/4/19-2/22/19<br>5/4/18-6/29/18<br>7/6/18-9/28/18<br>10/5/18-12/28/18 | Salary |
| **Relationship to debtor**<br>Relative | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| **30.6.** Hilda C. Garcia<br>Name<br>28 Arnold Palmer<br>Street<br><br>San Antonio, TX 78257<br>City            State      ZIP Code | $6,500.00 | 2/1/19 | Salary |
| | $6,500.00 | 2/22/19 | |
| | $6,500.00 | 3/23/18 | |
| | $6,500.00 | 4/27/18 | |
| | $6,500.00 | 5/25/18 | |
| **Relationship to debtor** | $6,500.00 | 6/29/18 | |
| Member | $6,500.00 | 7/27/18 | |
| | $6,500.00 | 8/31/18 | |
| | $6,500.00 | 9/28/18 | |
| | $6,500.00 | 10/26/18 | |
| | $6,500.00 | 11/30/18 | |
| | $6,500.00 | 12/28/18 | |
| | $6,500.00 | 4/6/18 | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| **30.7.** David Cameron<br>Name<br>1800 Broadway St Apt 2104<br>Street<br><br>San Antonio, TX 78215-1345<br>City            State      ZIP Code | $1,500.00 | 2/1/19 | Salary |
| | $1,500.00 | 2/22/19 | |
| | $4,500.00 | 2/2/18-3/30/18 | |
| | $4,500.00 | 4/27/18-6/29/18 | |
| | $4,500.00 | 7/27/18-9/28/18 | |
| **Relationship to debtor** | $4,500.00 | 10/5/18-12/28/18 | |
| Relative | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| **30.8.** Natalie G. Villagomez<br>Name<br>7 Cotswold Ln<br>Street<br><br>San Antonio, TX 78257<br>City            State      ZIP Code | $12,333.00 | 1/4/19-2/22/18 | Salary |
| | $12,333.00 | 2/23/18-3/30/18 | |
| | $26,721.50 | 4/6/18-6/29/18 | |
| | $26,721.50 | 7/6/18-9/28/18 | |
| | $26,721.50 | 10/5/18-12/28/18 | |
| **Relationship to debtor** | | | |
| Relative | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.9. Laura Smothers<br>Name | $7,033.62 | 2/1/19 | Salary |
| 28 Arnold Palmer<br>Street | $3,516.81 | 2/15/19 | |
| | $3,846.87 | 3/2/18 | |
| | $3,846.87 | 4/13/18 | |
| San Antonio, TX 78257<br>City    State    ZIP Code | $3,516.81 | 5/11/18 | |
| **Relationship to debtor** | $3,516.81 | 6/15/18 | |
| Relative | $3,516.81 | 6/22/18 | |
| | $3,516.81 | 7/13/18 | |
| | $3,516.81 | 8/17/18 | |
| | $3,516.81 | 9/14/18 | |
| | $3,516.81 | 10/12/18 | |
| | $3,516.81 | 11/16/18 | |
| | $3,516.81 | 12/28/18 | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____03/19/2019_____
          MM/  DD/  YYYY


**X** _____/s/ Kenneth D. Garcia_____
      Signature of individual signing on behalf of the debtor


      Position or relationship to debtor
      _____President_____


Printed name _____Kenneth D. Garcia_____


**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

**Check History Report**
**Sorted By Check Number**
**Activity From: 11/25/2018 to 2/25/2019**

**Papa Grande Gourmet Foods, LLC (PAP)**

**Bank Code:** A  Transpecos Bank - Operating

| Check Number | Check Date | Vendor Number | Name | Check Amount | Check Type |
|---|---|---|---|---|---|
| 000001 | 12/10/2018 | 0001274 | Murphy USA | 1,377.73 | Manual |
| 000111 | 12/10/2018 | 0000069 | Valero [ACH-1] | 3,812.63 | Manual |
| 000134 | 12/9/2018 | 0000049 | Chesapeake Spice Company | 9,018.50 | Manual |
| 000173 | 12/20/2018 | 0000008 | ADT LP | 1,491.12 | Manual |
| 000178 | 12/19/2018 | 0001911 | Colorado Boxed Beef Co. | 4,176.00 | Manual |
| 000182 | 12/20/2018 | 0000121 | Pollock Paper Distributors | 3,675.30 | Manual |
| 000183 | 12/20/2018 | 0000008 | ADT LP | 1,890.00 | Manual |
| 001234 | 12/9/2018 | 0001911 | Colorado Boxed Beef Co. | 7,837.20 | Manual |
| 005780 | 11/28/2018 | 0000992 | Nationwide Insurance | 12,300.00 | Manual |
| 057743 | 11/27/2018 | | ***Void Check*** | | |
| 057744 | 11/27/2018 | | ***Void Check*** | | |
| 057745 | 11/27/2018 | | ***Void Check*** | | |
| 057746 | 11/27/2018 | | ***Void Check*** | | |
| 057747 | 11/27/2018 | | ***Void Check*** | | |
| 057748 | 11/27/2018 | | ***Void Check*** | | |
| 057749 | 11/27/2018 | | ***Void Check*** | | |
| 057750 | 11/27/2018 | | ***Void Check*** | | |
| 057751 | 11/27/2018 | | ***Void Check*** | | |
| 057752 | 11/27/2018 | | ***Void Check*** | | |
| 057753 | 11/27/2018 | | ***Void Check*** | | |
| 057754 | 11/27/2018 | | ***Void Check*** | | |
| 057755 | 11/27/2018 | | ***Void Check*** | | |
| 057756 | 11/27/2018 | | ***Void Check*** | | |
| 057757 | 11/27/2018 | | ***Void Check*** | | |
| 057758 | 11/27/2018 | | ***Void Check*** | | |
| 057759 | 11/27/2018 | | ***Void Check*** | | |
| 057760 | 11/27/2018 | | ***Void Check*** | | |
| 057761 | 11/27/2018 | | ***Void Check*** | | |
| 057762 | 11/27/2018 | | ***Void Check*** | | |
| 057763 | 11/27/2018 | | ***Void Check*** | | |
| 057764 | 11/27/2018 | | ***Void Check*** | | |
| 057765 | 11/27/2018 | | ***Void Check*** | | |
| 057766 | 11/27/2018 | | ***Void Check*** | | |
| 057767 | 11/27/2018 | | ***Void Check*** | | |
| 057768 | 11/27/2018 | | ***Void Check*** | | |
| 057769 | 11/27/2018 | | ***Void Check*** | | |
| 057770 | 11/27/2018 | | ***Void Check*** | | |
| 057771 | 11/27/2018 | | ***Void Check*** | | |
| 057772 | 11/27/2018 | | ***Void Check*** | | |
| 057773 | 11/27/2018 | | ***Void Check*** | | |
| 057774 | 11/27/2018 | | ***Void Check*** | | |
| 057775 | 11/27/2018 | | ***Void Check*** | | |
| 057776 | 11/27/2018 | | ***Void Check*** | | |
| 057777 | 11/27/2018 | | ***Void Check*** | | |
| 057778 | 11/27/2018 | | ***Void Check*** | | |
| 057779 | 11/27/2018 | | ***Void Check*** | | |
| 057780 | 11/27/2018 | | ***Void Check*** | | |
| 057781 | 11/27/2018 | | ***Void Check*** | | |
| 057782 | 11/27/2018 | | ***Void Check*** | | |
| 057783 | 11/27/2018 | | ***Void Check*** | | |
| 057784 | 11/27/2018 | | ***Void Check*** | | |
| 057785 | 11/27/2018 | | ***Void Check*** | | |
| 057786 | 11/27/2018 | | ***Void Check*** | | |
| 057787 | 11/27/2018 | | ***Void Check*** | | |

**Papa Grande Gourmet Foods, LLC (PAP)**

**Bank Code:** A  Transpecos Bank - Operating

| Check Number | Check Date | Vendor Number | Name | Check Amount | Check Type |
|---|---|---|---|---|---|
| 057788 | 11/27/2018 | | ***Void Check*** | | |
| 057789 | 11/27/2018 | | ***Void Check*** | | |
| 057790 | 11/27/2018 | | ***Void Check*** | | |
| 057791 | 11/27/2018 | | ***Void Check*** | | |
| 057792 | 11/27/2018 | | ***Void Check*** | | |
| 057793 | 11/27/2018 | | ***Void Check*** | | |
| 057793 | 11/28/2018 | 0000027 | AT&T | 2,951.49 | Manual |
| 057794 | 11/27/2018 | | ***Void Check*** | | |
| 057795 | 11/27/2018 | 0000121 | Pollock Paper Distributors | 3,180.20 | Manual |
| 057795 | 11/27/2018 | | ***Void Check*** | | |
| 057796 | 11/27/2018 | 0000008 | ADT LP | 15,000.00 | Manual |
| 057796 | 11/27/2018 | | ***Void Check*** | | |
| 057797 | 11/27/2018 | 0000983 | Nighthawk Security | 784.64 | Manual |
| 057797 | 11/27/2018 | | ***Void Check*** | | |
| 057798 | 11/27/2018 | 0002122 | Javier Cantu | 396.00 | Manual |
| 057798 | 11/27/2018 | | ***Void Check*** | | |
| 057798 | 11/27/2018 | 0002122 | Javier Cantu | 396.00- | Reversal |
| 057799 | 11/27/2018 | | ***Void Check*** | | |
| 057799 | 11/28/2018 | 0000135 | San Antonio Water System | 20,000.00 | Manual |
| 057800 | 11/27/2018 | | ***Void Check*** | | |
| 057801 | 11/27/2018 | | ***Void Check*** | | |
| 057801 | 11/28/2018 | 0000027 | AT&T | 1,951.07 | Manual |
| 057802 | 11/27/2018 | | ***Void Check*** | | |
| 057803 | 11/27/2018 | 0000838 | Natalie Kay Villagomez | 5,000.00 | Manual |
| 057803 | 11/27/2018 | | ***Void Check*** | | |
| 057804 | 11/27/2018 | 0000130 | El Rancho Supermercado | 780.00 | Auto |
| 057804 | 11/28/2018 | 0000784 | El Rancho Food Service | 780.00 | Manual |
| 057806 | 11/27/2018 | 0002829 | EZSTOP 4 | 162.30 | Auto |
| 057807 | 11/27/2018 | 0001258 | Qvest | 4,316.00 | Manual |
| 057808 | 11/28/2018 | 0000159 | U S Dept of Agric.-741884616 | 2,328.72 | Manual |
| 057809 | 11/28/2018 | 0001367 | TxTag | 1,706.58 | Manual |
| 057810 | 11/28/2018 | 0000027 | AT&T | 161.52 | Manual |
| 057810 | 11/28/2018 | 0000027 | AT&T | 161.52- | Reversal |
| 057811 | 11/28/2018 | 0001016 | T-Mobile | 497.40 | Manual |
| 057812 | 11/28/2018 | 0000254 | ViscoFan USA | 24,159.20 | Manual |
| 057812 | 11/28/2018 | 0000254 | ViscoFan USA | 24,159.20- | Reversal |
| 057813 | 11/28/2018 | 0002201 | Michael Aleman SR | 99.30 | Manual |
| 057814 | 11/28/2018 | 0000035 | Baur Tape and Label | 11,589.75 | Manual |
| 057815 | 11/28/2018 | 0000027 | AT&T | 91.00 | Manual |
| 057816 | 11/28/2018 | 0000942 | City Public Service- Electric | 10,000.00 | Manual |
| 057817 | 11/28/2018 | 0000057 | City Public Service- Gas | 5,000.00 | Manual |
| 057818 | 11/28/2018 | 0001911 | Colorado Boxed Beef Co. | 8,352.00 | Manual |
| 057818 | 11/29/2018 | 0001930 | DanHil Containers | 10,971.26 | Manual |
| 057820 | 11/28/2018 | 0002122 | Julian Cantu | 396.00 | Manual |
| 057821 | 11/29/2018 | RESOU | Resource Solutions LLC | 3,702.57 | Manual |
| 057823 | 11/29/2018 | 0006970 | David Sanchez DBA | 793.87 | Manual |
| 057824 | 11/29/2018 | 0001237 | IEH Laboratories | 1,649.75 | Manual |
| 057825 | 11/29/2018 | 0000008 | ADT LP | 23,795.40 | Manual |
| 057826 | 11/29/2018 | 0000008 | ADT LP | 12,816.00 | Manual |
| 057827 | 11/29/2018 | 0002355 | JEAR Logistics | 1,600.00 | Manual |
| 057828 | 11/29/2018 | 0000784 | El Rancho Food Service | 780.00 | Manual |
| 057829 | 11/30/2018 | 0001015 | Irma Martinez | 359.59 | Manual |
| 057830 | 11/30/2018 | 0004948 | ROY GARCIA | 86.95 | Manual |
| 057831 | 12/3/2018 | 0000612 | Felipe Aguilar | 350.00 | Auto |

**Check History Report**
**Sorted By Check Number**
**Activity From: 11/25/2018 to 2/25/2019**

**Papa Grande Gourmet Foods, LLC (PAP)**

**Bank Code: A** Transpecos Bank - Operating

| Check Number | Check Date | Vendor Number | Name | Check Amount | Check Type |
|---|---|---|---|---|---|
| 057832 | 12/3/2018 | 0000121 | Pollock Paper Distributors | 169.18 | Auto |
| 057833 | 12/3/2018 | | ***Void Check*** | | |
| 057833 | 12/7/2018 | 0000008 | ADT LP | 12,300.00 | Manual |
| 057834 | 12/3/2018 | | ***Void Check*** | | |
| 057834 | 12/3/2018 | 0001258 | Qvest | 4,887.00 | Manual |
| 057835 | 12/3/2018 | 0005289 | Charles Matthew Hudson | 499.79 | Auto |
| 057836 | 12/4/2018 | | ***Void Check*** | | |
| 057838 | 12/7/2018 | 0000008 | ADT LP | 10,155.00 | Manual |
| 057838 | 12/7/2018 | 0000008 | ADT LP | 10,155.00- | Reversal |
| 057838 | 12/7/2018 | 0000008 | ADT LP | 10,155.00 | Manual |
| 057839 | 12/11/2018 | 0000008 | ADT LP | 16,408.20 | Manual |
| 057839 | 12/11/2018 | 0000008 | ADT LP | 16,408.20- | Reversal |
| 057840 | 12/5/2018 | 0000178 | Hojas Para Tamal La Guadalupan | 1,960.00 | Auto |
| 057843 | 12/5/2018 | 0002720 | SSS Ingredients | 1,232.00 | Manual |
| 057843 | 12/5/2018 | 0002720 | SSS Ingredients | 1,232.00- | Reversal |
| 057843 | 12/5/2018 | 0002720 | SSS Ingredients | 1,232.00 | Reversal |
| 057843 | 12/5/2018 | 0002720 | SSS Ingredients | 1,232.00- | Reversal |
| 057848 | 12/7/2018 | 0007879 | REBECCA GONZALES | 650.00 | Auto |
| 057849 | 12/6/2018 | 0000008 | ADT LP | 23,526.60 | Manual |
| 057850 | 12/6/2018 | 0001930 | DanHil Containers | 12,857.14 | Manual |
| 057851 | 12/7/2018 | 0006970 | David Sanchez DBA | 871.27 | Manual |
| 057853 | 12/14/2018 | 0000008 | ADT LP | 16,408.20 | Manual |
| 057854 | 12/14/2018 | 0000983 | Nighthawk Security | 784.64 | Manual |
| 057855 | 12/14/2018 | 0000083 | Kenny Garcia | 4,374.70 | Auto |
| 057856 | 12/14/2018 | 0000838 | Natalie Kay Villagomez | 1,412.31 | Auto |
| 057857 | 12/14/2018 | 0001320 | Laura Smothers, Atty at Law | 2,289.99 | Auto |
| 057858 | 12/14/2018 | 0001323 | Kenny Garcia Jr | 1,110.65 | Auto |
| 057859 | 12/14/2018 | 0001258 | Qvest | 3,358.00 | Manual |
| 057860 | 12/17/2018 | 0001235 | D & J Food Supply | 1,188.00 | Manual |
| 057861 | 12/17/2018 | 0000178 | Hojas Para Tamal La Guadalupan | 3,136.00 | Manual |
| 057862 | 12/18/2018 | 0000786 | Poly-clip System Corp. | 2,497.83 | Manual |
| 057863 | 12/17/2018 | 0001273 | Ford Credit | 1,448.22 | Auto |
| 057864 | 12/18/2018 | 0000612 | Felipe Aguilar | 350.00 | Auto |
| 057865 | 12/18/2018 | 0000784 | El Rancho Food Service | 780.00 | Auto |
| 057866 | 12/18/2018 | 0002720 | SSS Ingredients | 2,750.22 | Manual |
| 057867 | 12/18/2018 | | ***Void Check*** | | |
| 057867 | 12/20/2018 | 0002001 | VM-3 Inc. | 1,035.95 | Manual |
| 057868 | 12/19/2018 | 0000178 | Hojas Para Tamal La Guadalupan | 3,040.00 | Manual |
| 057869 | 12/19/2018 | 0000942 | City Public Service- Electric | 9,970.44 | Manual |
| 057870 | 12/19/2018 | 0000942 | City Public Service- Electric | 6,053.78 | Manual |
| 057871 | 12/19/2018 | 0000035 | Baur Tape and Label | 9,053.00 | Manual |
| 057872 | 12/19/2018 | 0001235 | D & J Food Supply | 1,485.00 | Manual |
| 057874 | 12/19/2018 | 0005758 | DeWied International | 2,450.00 | Manual |
| 057874 | 12/20/2018 | | ***Void Check*** | | |
| 057875 | 12/20/2018 | 0000786 | Poly-clip System Corp. | 832.57 | Manual |
| 057875 | 12/21/2018 | | ***Void Check*** | | |
| 057876 | 12/20/2018 | 0008564 | Las Huertas Produce Company | 367.00 | Manual |
| 057877 | 12/20/2018 | 0000659 | Martinez, Irma | 386.37 | Manual |
| 057877 | 12/20/2018 | 0000659 | Martinez, Irma | 386.37- | Reversal |
| 057878 | 12/20/2018 | 0001448 | Greg Smothers | 416.10 | Manual |
| 057878 | 12/27/2018 | | ***Void Check*** | | |
| 057879 | 12/20/2018 | 0001448 | Greg Smothers | 147.42 | Manual |
| 057880 | 12/21/2018 | 0000983 | Nighthawk Security | 784.64 | Manual |
| 057881 | 12/21/2018 | 0000008 | ADT LP | 14,202.30 | Manual |

**Check History Report**
**Sorted By Check Number**
**Activity From: 11/25/2018 to 2/25/2019**

Papa Grande Gourmet Foods, LLC (PAP)

**Bank Code:** A  Transpecos Bank - Operating

| Check Number | Check Date | Vendor Number | Name | Check Amount | Check Type |
|---|---|---|---|---|---|
| 057882 | 12/21/2018 | 0000786 | Poly-clip System Corp. | 0.04 | Manual |
| 057883 | 12/26/2018 | 0001015 | Irma Martinez | 386.37 | Manual |
| 057884 | 12/27/2018 | 0001235 | D & J Food Supply | 1,782.00 | Manual |
| 057885 | 12/27/2018 | 0000178 | Hojas Para Tamal La Guadalupan | 3,000.00 | Manual |
| 057886 | 12/27/2018 | 0000178 | Hojas Para Tamal La Guadalupan | 3,080.00 | Manual |
| 057887 | 12/27/2018 | 0000083 | Kenny Garcia | 4,393.77 | Manual |
| 057888 | 12/27/2018 | 0000083 | Kenny Garcia | 4,393.77 | Manual |
| 057890 | 12/27/2018 | 0001258 | Qvest | 4,197.00 | Manual |
| 057891 | 12/27/2018 | 0006971 | WERNER LOGISTICS | 4,700.00 | Manual |
| 057892 | 12/28/2018 | 0000458 | Alberto Cruz | 633.74 | Auto |
| 057893 | 12/28/2018 | 0000697 | Randy Vetters | 259.17 | Auto |
| 057894 | 12/28/2018 | 0000983 | Nighthawk Security | 784.64 | Auto |
| 057895 | 12/28/2018 | 0002010 | Peterson Tire, Inc | 567.91 | Auto |
| 057896 | 12/28/2018 | 0000008 | ADT LP | 4,290.87 | Manual |
| 057897 | 12/28/2018 | 0000008 | ADT LP | 10,127.82 | Manual |
| 057898 | 12/28/2018 | 0000008 | ADT LP | 10,127.82 | Manual |
| 057899 | 12/28/2018 | 0000008 | ADT LP | 10,127.83 | Manual |
| 057900 | 1/2/2019 | 0001930 | DanHil Containers | 10,593.83 | Manual |
| 057901 | 12/28/2018 | 0000121 | Pollock Paper Distributors | 634.40 | Manual |
| 057902 | 12/28/2018 | 0001248 | Big State | 3,747.85 | Manual |
| 057903 | 12/28/2018 | 0001323 | Kenny Garcia Jr | 424.00 | Manual |
| 057905 | 1/3/2019 | 0000121 | Pollock Paper Distributors | 2,447.09 | Manual |
| 057906 | 1/3/2019 | 0000926 | Packall Packaging Inc. | 10,800.00 | Manual |
| 057907 | 1/9/2019 | 0001294 | Albert Uresti, MPA | 775.15 | Manual |
| 057908 | 1/4/2019 | 0000008 | ADT LP | 15,540.00 | Auto |
| 057909 | 1/4/2019 | 0000983 | Nighthawk Security | 784.64 | Auto |
| 057910 | 1/4/2019 | 0001258 | Qvest | 4,336.20 | Auto |
| 057911 | 1/4/2019 | 0000008 | ADT LP | 18,024.00 | Manual |
| 057911 | 1/4/2019 | 0000008 | ADT LP | 18,024.00- | Reversal |
| 057912 | 1/4/2019 | 0000008 | ADT LP | 15,873.00 | Manual |
| 057913 | 1/7/2019 | 0000132 | Refrigerated Transport | 6,306.96 | Manual |
| 057914 | 1/10/2019 | 0001237 | IEH Laboratories | 737.75 | Manual |
| 057916 | 1/11/2019 | 0000983 | Nighthawk Security | 784.64 | Manual |
| 057917 | 1/11/2019 | 0007879 | REBECCA GONZALES | 520.00 | Manual |
| 057918 | 1/15/2019 | 0000008 | ADT LP | 24,870.00 | Manual |
| 057918 | 1/15/2019 | 0000008 | ADT LP | 24,870.00- | Reversal |
| 057919 | 1/15/2019 | 0000008 | ADT LP | 13,680.00 | Manual |
| 057920 | 1/15/2019 | 0000008 | ADT LP | 13,680.00 | Manual |
| 057921 | 1/15/2019 | 0000008 | ADT LP | 18,024.00 | Manual |
| 057921 | 1/15/2019 | 0000008 | ADT LP | 18,024.00- | Reversal |
| 057922 | 1/18/2019 | | ***Void Check*** | | |
| 057923 | 1/15/2019 | 0002001 | VM-3 Inc. | 277.34 | Manual |
| 057923 | 1/18/2019 | | ***Void Check*** | | |
| 057924 | 1/15/2019 | 0000115 | P & S Scale Company Inc | 649.50 | Manual |
| 057924 | 1/22/2019 | | ***Void Check*** | | |
| 057925 | 1/17/2019 | 0000008 | ADT LP | 21,681.00 | Manual |
| 057925 | 1/22/2019 | | ***Void Check*** | | |
| 057926 | 1/18/2019 | 0001258 | Qvest | 4,887.00 | Manual |
| 057926 | 1/22/2019 | | ***Void Check*** | | |
| 057927 | 1/18/2019 | 0000983 | Nighthawk Security | 784.64 | Manual |
| 057927 | 1/22/2019 | | ***Void Check*** | | |
| 057928 | 1/18/2019 | 0000125 | Mercedes-Benz Financial Srv | 4,168.37 | Manual |
| 057928 | 1/22/2019 | | ***Void Check*** | | |
| 057929 | 1/18/2019 | 0007879 | REBECCA GONZALES | 650.00 | Manual |

**Check History Report**
**Sorted By Check Number**
**Activity From: 11/25/2018 to 2/25/2019**

Papa Grande Gourmet Foods, LLC (PAP)

**Bank Code:** A Transpecos Bank - Operating

| Check Number | Check Date | Vendor Number | Name | Check Amount | Check Type |
|---|---|---|---|---|---|
| 057929 | 1/22/2019 | | ***Void Check*** | | |
| 057930 | 1/22/2019 | 0000132 | Refrigerated Transport | 3,000.00 | Manual |
| 057930 | 1/22/2019 | 0000132 | Refrigerated Transport | 3,000.00- | Reversal |
| 057930 | 1/22/2019 | 0000132 | Refrigerated Transport | 3,000.00 | Manual |
| 057931 | 1/25/2019 | 0000838 | Natalie Kay Villagomez | 3,264.34 | Manual |
| 057932 | 1/25/2019 | | ***Void Check*** | | |
| 057932 | 1/25/2019 | 0000008 | ADT LP | 4,620.00 | Manual |
| 057933 | 1/25/2019 | 0000939 | Edict Systems, Inc. | 140.00 | Manual |
| 057935 | 1/25/2019 | 0000926 | Packall Packaging Inc. | 6,440.00 | Manual |
| 057935 | 1/25/2019 | 0000926 | Packall Packaging Inc. | 6,440.00- | Reversal |
| 057936 | 1/25/2019 | 0000926 | Packall Packaging Inc. | 5,460.00 | Manual |
| 057936 | 12/9/2018 | 0002898 | ULINE | 1,389.55 | Manual |
| 057936 | 1/25/2019 | 0000926 | Packall Packaging Inc. | 5,460.00- | Reversal |
| 057938 | 1/25/2019 | 0007879 | REBECCA GONZALES | 650.00 | Manual |
| 057939 | 1/26/2019 | 0000983 | Nighthawk Security | 784.64 | Manual |
| 057940 | 1/28/2019 | 0000795 | Cintas | 6,625.99 | Manual |
| 057940 | 1/29/2019 | | ***Void Check*** | | |
| 057941 | 1/28/2019 | 0002720 | SSS Ingredients | 2,851.00 | Manual |
| 057941 | 1/30/2019 | | ***Void Check*** | | |
| 057942 | 1/28/2019 | 0000008 | ADT LP | 18,024.00 | Manual |
| 057942 | 1/30/2019 | 0000132 | Refrigerated Transport | 3,169.57 | Manual |
| 057942 | 1/30/2019 | 0000132 | Refrigerated Transport | 3,169.57- | Reversal |
| 057943 | 1/28/2019 | 0001258 | Qvest | 4,887.00 | Manual |
| 057944 | 12/5/2018 | 0002720 | SSS Ingredients | 1,232.00 | Auto |
| 057944 | 1/29/2019 | 0000942 | City Public Service- Electric | 12,035.91 | Manual |
| 057945 | 12/5/2018 | 0001333 | Concentra | 48.00 | Auto |
| 057945 | 12/5/2018 | 0001333 | Concentra | 48.00- | Reversal |
| 057945 | 1/29/2019 | 0000057 | City Public Service- Gas | 9,145.07 | Manual |
| 057945 | 2/8/2019 | 0000983 | Nighthawk Security | 784.64 | Manual |
| 057946 | 12/7/2018 | 0000178 | Hojas Para Tamal La Guadalupan | 3,920.00 | Auto |
| 057946 | 1/29/2019 | 0001475 | DeRosa Mangold Consulting | 5,593.99 | Manual |
| 057946 | 2/14/2019 | | ***Void Check*** | | |
| 057947 | 12/7/2018 | 0000983 | Nighthawk Security | 784.64 | Auto |
| 057947 | 1/29/2019 | 0000008 | ADT LP | 24,870.00 | Manual |
| 057947 | 2/14/2019 | | ***Void Check*** | | |
| 057948 | 1/29/2019 | 0000992 | Nationwide Insurance | 7,634.40 | Manual |
| 057948 | 2/14/2019 | | ***Void Check*** | | |
| 057949 | 1/29/2019 | 0001022 | Papa Grande Gourmet Foods | 14,000.00 | Manual |
| 057949 | 1/29/2019 | 0001022 | Papa Grande Gourmet Foods | 14,000.00- | Reversal |
| 057949 | 2/14/2019 | | ***Void Check*** | | |
| 057950 | 2/14/2019 | | ***Void Check*** | | |
| 057951 | 1/29/2019 | 0001930 | DanHil Containers | 15,087.43 | Manual |
| 057951 | 1/29/2019 | 0001930 | DanHil Containers | 15,087.43- | Reversal |
| 057951 | 2/14/2019 | | ***Void Check*** | | |
| 057952 | 1/30/2019 | 0000795 | Cintas | 6,082.47 | Manual |
| 057952 | 2/14/2019 | | ***Void Check*** | | |
| 057953 | 1/30/2019 | 0000132 | Refrigerated Transport | 3,238.26 | Manual |
| 057953 | 2/14/2019 | | ***Void Check*** | | |
| 057954 | 1/30/2019 | 0000926 | Packall Packaging Inc. | 5,460.00 | Manual |
| 057954 | 2/14/2019 | | ***Void Check*** | | |
| 057955 | 2/1/2019 | 0000008 | ADT LP | 13,860.00 | Manual |
| 057955 | 2/14/2019 | | ***Void Check*** | | |
| 057956 | 2/1/2019 | 0000008 | ADT LP | 11,976.30 | Manual |
| 057956 | 2/14/2019 | | ***Void Check*** | | |

**Check History Report**
**Sorted By Check Number**
**Activity From: 11/25/2018 to 2/25/2019**

Papa Grande Gourmet Foods, LLC (PAP)

**Bank Code:** A Transpecos Bank - Operating

| Check Number | Check Date | Vendor Number | Name | Check Amount | Check Type |
|---|---|---|---|---|---|
| 057957 | 1/31/2019 | 0000008 | ADT LP | 11,976.30 | Manual |
| 057957 | 2/14/2019 | | ***Void Check*** | | |
| 057957 | 1/31/2019 | 0000008 | ADT LP | 11,976.30- | Reversal |
| 057958 | 1/31/2019 | 0001215 | Veritiv Corporation | 6,896.31 | Manual |
| 057958 | 2/14/2019 | | ***Void Check*** | | |
| 057959 | 2/1/2019 | 0001258 | Qvest | 4,887.00 | Manual |
| 057959 | 2/14/2019 | | ***Void Check*** | | |
| 057960 | 2/1/2019 | | ***Void Check*** | | |
| 057960 | 2/14/2019 | | ***Void Check*** | | |
| 057961 | 2/1/2019 | 0001235 | D & J Food Supply | 2,960.00 | Manual |
| 057961 | 2/14/2019 | | ***Void Check*** | | |
| 057962 | 2/1/2019 | 0000458 | Alberto Cruz | 232.16 | Manual |
| 057962 | 2/14/2019 | | ***Void Check*** | | |
| 057963 | 2/1/2019 | 0000697 | Randy Vetters | 285.67 | Manual |
| 057963 | 2/14/2019 | | ***Void Check*** | | |
| 057964 | 2/1/2019 | 0000983 | Nighthawk Security | 784.64 | Manual |
| 057964 | 2/14/2019 | | ***Void Check*** | | |
| 057965 | 2/1/2019 | 0000417 | JoAnn Gonzalez | 356.32 | Manual |
| 057965 | 2/14/2019 | | ***Void Check*** | | |
| 057966 | 2/1/2019 | SQF | SQF Institute | 400.00 | Manual |
| 057966 | 2/14/2019 | | ***Void Check*** | | |
| 057967 | 2/1/2019 | 0000008 | ADT LP | 10,069.88 | Manual |
| 057967 | 2/14/2019 | | ***Void Check*** | | |
| 057968 | 2/1/2019 | 0000008 | ADT LP | 10,069.88 | Manual |
| 057968 | 2/14/2019 | | ***Void Check*** | | |
| 057968 | 2/1/2019 | 0000008 | ADT LP | 10,069.88- | Reversal |
| 057969 | 2/1/2019 | 0000008 | ADT LP | 10,069.88 | Manual |
| 057969 | 2/14/2019 | | ***Void Check*** | | |
| 057969 | 2/1/2019 | 0000008 | ADT LP | 10,069.88- | Reversal |
| 057970 | 2/1/2019 | 0000125 | Mercedes-Benz Financial Srv | 4,168.37 | Manual |
| 057970 | 2/14/2019 | | ***Void Check*** | | |
| 057971 | 2/1/2019 | 0007879 | REBECCA GONZALES | 650.00 | Manual |
| 057971 | 2/14/2019 | | ***Void Check*** | | |
| 057972 | 2/4/2019 | 0000132 | Refrigerated Transport | 3,121.37 | Manual |
| 057972 | 2/14/2019 | | ***Void Check*** | | |
| 057973 | 2/4/2019 | 0000612 | Felipe Aguilar | 350.00 | Manual |
| 057973 | 2/14/2019 | | ***Void Check*** | | |
| 057974 | 2/5/2019 | 0000121 | Pollock Paper Distributors | 3,142.00 | Manual |
| 057974 | 2/14/2019 | | ***Void Check*** | | |
| 057975 | 2/6/2019 | 0001323 | Kenny Garcia Jr | 122.21 | Manual |
| 057975 | 2/14/2019 | | ***Void Check*** | | |
| 057976 | 2/14/2019 | | ***Void Check*** | | |
| 057977 | 2/8/2019 | 0000008 | ADT LP | 10,164.00 | Manual |
| 057977 | 2/14/2019 | | ***Void Check*** | | |
| 057977 | 2/8/2019 | 0000008 | ADT LP | 10,164.00- | Reversal |
| 057978 | 2/8/2019 | 0000939 | Edict Systems, Inc. | 70.00 | Manual |
| 057978 | 2/14/2019 | | ***Void Check*** | | |
| 057979 | 2/8/2019 | 0000458 | Alberto Cruz | 504.15 | Manual |
| 057979 | 2/14/2019 | | ***Void Check*** | | |
| 057980 | 2/8/2019 | 0007879 | REBECCA GONZALES | 650.00 | Manual |
| 057980 | 2/14/2019 | | ***Void Check*** | | |
| 057981 | 2/11/2019 | 0000983 | Nighthawk Security | 784.64 | Manual |
| 057981 | 2/14/2019 | | ***Void Check*** | | |
| 057982 | 2/11/2019 | 0001268 | Accurate Pest Control | 1,943.08 | Manual |

**Check History Report**
**Sorted By Check Number**
**Activity From: 11/25/2018 to 2/25/2019**

Papa Grande Gourmet Foods, LLC (PAP)

Bank Code: A Transpecos Bank - Operating

| Check Number | Check Date | Vendor Number | Name | Check Amount | Check Type |
|---|---|---|---|---|---|
| 057982 | 2/14/2019 | | ***Void Check*** | | |
| 057983 | 2/13/2019 | 0000008 | ADT LP | 6,468.00 | Manual |
| 057983 | 2/14/2019 | | ***Void Check*** | | |
| 057984 | 2/14/2019 | 0001022 | Papa Grande Gourmet Foods | 1,500.00 | Manual |
| 057985 | 2/14/2019 | 0001022 | Papa Grande Gourmet Foods | 1,500.00 | Manual |
| 057985 | 2/14/2019 | 0001022 | Papa Grande Gourmet Foods | 1,500.00- | Reversal |
| 057986 | 2/14/2019 | 0000008 | ADT LP | 11,976.30 | Manual |
| 057987 | 2/14/2019 | 0000008 | ADT LP | 10,069.88 | Manual |
| 057988 | 2/14/2019 | 0000008 | ADT LP | 10,069.88 | Manual |
| 057989 | 2/14/2019 | 0000008 | ADT LP | 15,708.00 | Manual |
| 057990 | 2/14/2019 | 0001237 | IEH Laboratories | 791.50 | Manual |
| 057990 | 2/14/2019 | 0001237 | IEH Laboratories | 791.50- | Reversal |
| 057991 | 2/15/2019 | 0001251 | Marcus Food Company | 500.00 | Manual |
| 057992 | 2/15/2019 | 0000035 | Baur Tape and Label | 4,610.00 | Manual |
| 057992 | 2/15/2019 | 0000035 | Baur Tape and Label | 4,610.00- | Reversal |
| 057992 | 2/18/2019 | 0000035 | Baur Tape and Label | 4,610.00 | Manual |
| 057994 | 2/15/2019 | 0007879 | REBECCA GONZALES | 650.00 | Manual |
| 057995 | 2/15/2019 | 0001258 | Qvest | 4,887.00 | Manual |
| 057996 | 2/15/2019 | 0002200 | Genaro Hernandez | 5,000.00 | Manual |
| 057997 | 2/18/2019 | 0000987 | CHC Century Healthcare | 18,498.61 | Manual |
| 057998 | 2/18/2019 | 0000132 | Refrigerated Transport | 3,135.96 | Manual |
| 057999 | 2/20/2019 | 0000135 | San Antonio Water System | 9,438.79 | Manual |
| 058000 | 2/20/2019 | 0000135 | San Antonio Water System | 8,999.26 | Manual |
| 058001 | 2/20/2019 | 0002098 | Delta Printing Co. | 2,875.00 | Manual |
| 058004 | 2/21/2019 | 0000417 | JoAnn Gonzalez | 312.79 | Manual |
| 058005 | 2/21/2019 | 0000008 | ADT LP | 12,852.60 | Manual |
| 058005 | 2/21/2019 | 0000008 | ADT LP | 12,852.60- | Reversal |
| 058006 | 2/21/2019 | 0000008 | ADT LP | 12,852.60 | Auto |
| 058006 | 2/21/2019 | 0000008 | ADT LP | 12,852.60- | Reversal |
| 058007 | 2/21/2019 | 0000697 | Randy Vetters | 109.62 | Auto |
| 058008 | 2/21/2019 | 0000983 | Nighthawk Security | 784.64 | Auto |
| 058009 | 2/21/2019 | 0001323 | Kenny Garcia Jr | 152.60 | Auto |
| 058010 | 2/22/2019 | 0006971 | WERNER LOGISTICS | 3,500.00 | Manual |
| 058011 | 2/22/2019 | 0007879 | REBECCA GONZALES | 520.00 | Manual |
| 058012 | 2/25/2019 | 0000121 | Pollock Paper Distributors | 2,362.15 | Manual |
| 058012 | 2/25/2019 | 0000121 | Pollock Paper Distributors | 2,362.15- | Reversal |
| C00143 | 12/19/2018 | 0000049 | Chesapeake Spice Company | 1,666.00 | CCPayment |
| C00144 | 12/19/2018 | 0000049 | Chesapeake Spice Company | 2,500.00 | CCPayment |
| C00145 | 12/19/2018 | 0000049 | Chesapeake Spice Company | 4,414.00 | CCPayment |
| C00146 | 12/3/2018 | 0001414 | Seaboard Foods | 12,800.00 | CCPayment |
| C00147 | 12/5/2018 | 0001414 | Seaboard Foods | 5,000.00 | CCPayment |
| C00148 | 12/6/2018 | 0001343 | Ruben's Transport | 607.38 | CCPayment |
| C00149 | 12/4/2018 | 0000049 | Chesapeake Spice Company | 901.50 | CCPayment |
| C00150 | 2/1/2019 | 0000008 | ADT LP | 3,696.00 | CCPayment |
| C00151 | 2/11/2019 | 0000008 | ADT LP | 6,006.00 | CCPayment |
| C00152 | 2/13/2019 | 0000008 | ADT LP | 8,915.40 | CCPayment |
| C00153 | 2/13/2019 | 0000008 | ADT LP | 9,072.00 | CCPayment |
| C00154 | 2/16/2019 | 0001414 | Seaboard Foods | 13,440.00 | CCPayment |
| C00155 | 2/14/2019 | 0000008 | ADT LP | 10,035.00 | CCPayment |
| W00305 | 12/19/2018 | 0000674 | Escrow.Com | 416.67 | Wire Transfer |
| W00305 | 12/19/2018 | 0000674 | Escrow.Com | 416.67- | Wire Transfer Reversal |
| W00709 | 11/27/2018 | 0000100 | LaBatt Food Service | 7,500.00 | Wire Transfer |
| W00710 | 11/27/2018 | 0000147 | Sysco - San Antonio | 1,405.18 | Wire Transfer |
| W00713 | 11/28/2018 | 0000859 | Hovus | 12,624.43 | Wire Transfer |

**Check History Report**
**Sorted By Check Number**
**Activity From: 11/25/2018 to 2/25/2019**

**Papa Grande Gourmet Foods, LLC (PAP)**

**Bank Code:** A  Transpecos Bank - Operating

| Check Number | Check Date | Vendor Number | Name | Check Amount | Check Type |
|---|---|---|---|---|---|
| W00714 | 11/28/2018 | 0004950 | JASON'S FOODS | 27,336.00 | Wire Transfer |
| W00717 | 11/28/2018 | 0000926 | Packall Packaging Inc. | 16,396.00 | Wire Transfer |
| W00719 | 11/28/2018 | 0000049 | Chesapeake Spice Company | 9,361.00 | Wire Transfer |
| W00720 | 11/30/2018 | 0000049 | Chesapeake Spice Company | 1,176.00 | Wire Transfer |
| W00721 | 11/28/2018 | 0000049 | Chesapeake Spice Company | 9,361.00 | Wire Transfer |
| W00722 | 12/3/2018 | 0002898 | ULINE | 1,000.00 | Wire Transfer |
| W00723 | 12/3/2018 | 0000100 | LaBatt Food Service | 7,500.00 | Wire Transfer |
| W00724 | 11/29/2018 | 0001911 | Colorado Boxed Beef Co. | 12,385.09 | Wire Transfer |
| W00725 | 11/29/2018 | 0001911 | Colorado Boxed Beef Co. | 5,812.41 | Wire Transfer |
| W00729 | 12/3/2018 | 0000121 | Pollock Paper Distributors | 1,136.57 | Wire Transfer |
| W00731 | 12/17/2018 | 0000100 | LaBatt Food Service | 7,500.00 | Wire Transfer |
| W00735 | 12/15/2018 | 0000100 | LaBatt Food Service | 7,551.24 | Wire Transfer |
| W00758 | 12/18/2018 | 0001247 | Deluxe | 192.15 | Wire Transfer |
| W00759 | 12/19/2018 | 0001911 | Colorado Boxed Beef Co. | 1,120.61 | Wire Transfer |
| W00760 | 12/19/2018 | 0001911 | Colorado Boxed Beef Co. | 4,560.00 | Wire Transfer |
| W00761 | 12/19/2018 | 0000049 | Chesapeake Spice Company | 7,820.00 | Wire Transfer |
| W00762 | 12/19/2018 | 0000859 | Hovus | 4,000.00 | Wire Transfer |
| W00763 | 12/20/2018 | 0000121 | Pollock Paper Distributors | 2,000.00 | Wire Transfer |
| W00764 | 12/31/2018 | 0000121 | Pollock Paper Distributors | 4,571.42 | Wire Transfer |
| W00767 | 2/20/2019 | 0000951 | SOS Enviro Services, LLC. | 13,848.30 | Wire Transfer |

**Bank A Total:** 1,114,878.38

**Check History Report**
**Sorted By Check Number**
**Activity From: 11/25/2018 to 2/25/2019**

**Papa Grande Gourmet Foods, LLC (PAP)**

Bank Code: C BBVA Compass

| Check Number | Check Date | Vendor Number | Name | Check Amount | Check Type |
|---|---|---|---|---|---|
| 000021 | 11/27/2018 | 0000784 | El Rancho Food Service | 780.00 | Manual |
| 000025 | 11/30/2018 | 0001343 | Ruben's Transport | 604.84 | Manual |
| 000026 | 11/27/2018 | | ***Void Check*** | | |
| 000027 | 12/6/2018 | | ***Void Check*** | | |
| 000028 | 12/6/2018 | 0000008 | ADT LP | 4,776.00 | Manual |
| 000029 | 12/17/2018 | | ***Void Check*** | | |
| 000030 | 12/18/2018 | | ***Void Check*** | | |
| 000031 | 12/22/2018 | | ***Void Check*** | | |
| 000032 | 12/21/2018 | 0001235 | D & J Food Supply | 1,350.00 | Manual |
| 000033 | 12/22/2018 | | ***Void Check*** | | |
| 000034 | 12/22/2018 | 0005758 | DeWied International | 3,090.30 | Manual |
| 000035 | 1/8/2019 | 0001235 | D & J Food Supply | 1,080.00 | Manual |
| 000036 | 1/8/2019 | | ***Void Check*** | | |
| 000037 | 1/8/2019 | 0001235 | D & J Food Supply | 1,080.00 | Manual |
| 000038 | 1/8/2019 | 0000147 | Sysco - San Antonio | 362.20 | Manual |
| 000039 | 12/5/2018 | | ***Void Check*** | | |
| 000040 | 12/5/2018 | 0000121 | Pollock Paper Distributors | 2,911.97 | Manual |
| 000042 | 12/18/2018 | 0000121 | Pollock Paper Distributors | 3,683.61 | Manual |
| 000043 | 1/9/2019 | 0000121 | Pollock Paper Distributors | 1,766.13 | Manual |
| 000044 | 1/11/2019 | | ***Void Check*** | | |
| 000045 | 1/11/2019 | 0000147 | Sysco - San Antonio | 385.01 | Manual |
| 000046 | 1/17/2019 | 0001235 | D & J Food Supply | 540.00 | Manual |
| 000048 | 2/7/2019 | 0000008 | ADT LP | 2,550.00 | Manual |
| 000049 | 2/5/2019 | 0000008 | ADT LP | 9,240.00 | Manual |
| 000050 | 2/7/2019 | 0000008 | ADT LP | 13,320.00 | Manual |
| 000051 | 2/7/2019 | 0000008 | ADT LP | 3,834.60 | Manual |
| 000052 | 1/30/2019 | PHOENIX | Phoenix Freight | 1,960.00 | Auto |
| 000053 | 1/30/2019 | 0000049 | Chesapeake Spice Company | 8,223.00 | Auto |
| 000054 | 1/30/2019 | 0000121 | Pollock Paper Distributors | 1,908.29 | Auto |
| 000055 | 1/30/2019 | 0005454 | Oversea DeWied International  LLC. | 5,365.31 | Auto |
| 000056 | 1/30/2019 | 0000008 | ADT LP | 2,310.00 | Manual |
| 000057 | 1/30/2019 | 0000121 | Pollock Paper Distributors | 3,435.64 | Manual |
| 000058 | 2/18/2019 | 0000121 | Pollock Paper Distributors | 2,578.45 | Manual |
| 000059 | 2/18/2019 | 0000121 | Pollock Paper Distributors | 2,515.92 | Manual |
| 000159 | 12/7/2018 | 0000121 | Pollock Paper Distributors | 1,136.57 | Manual |
| 000162 | 12/7/2018 | 0000121 | Pollock Paper Distributors | 274.58 | Manual |
| 000164 | 12/7/2018 | 0000008 | ADT LP | 4,776.00 | Manual |
| 000165 | 12/7/2018 | 0000008 | ADT LP | 8,262.00 | Manual |
| 000166 | 12/17/2018 | 0000987 | CHC Century Healthcare | 10,368.66 | Manual |
| 000167 | 12/7/2018 | 0000784 | El Rancho Food Service | 800.00 | Manual |
| 000168 | 12/7/2018 | 0000838 | Natalie Kay Villagomez | 9,080.00 | Manual |
| 000169 | 12/7/2018 | 0000219 | Hilda Garcia | 1,500.00 | Manual |
| 000170 | 12/13/2018 | 0000121 | Pollock Paper Distributors | 2,911.97 | Manual |
| 000171 | 12/13/2018 | 0001235 | D & J Food Supply | 3,240.00 | Manual |
| 000172 | 12/13/2018 | 0001911 | Colorado Boxed Beef Co. | 4,176.00 | Manual |
| 000174 | 12/13/2018 | 0001248 | Big State | 750.00 | Manual |
| W00727 | 12/7/2018 | 0000008 | ADT LP | 8,262.00 | Wire Transfer |
| W00730 | 11/27/2018 | 0000049 | Chesapeake Spice Company | 218.00 | Wire Transfer |
| W00736 | 12/17/2018 | 0001911 | Colorado Boxed Beef Co. | 4,176.00 | Wire Transfer |
| W00737 | 12/17/2018 | 0000784 | El Rancho Food Service | 520.00 | Wire Transfer |
| W00740 | 12/17/2018 | 0001911 | Colorado Boxed Beef Co. | 4,176.00 | Wire Transfer |
| W00741 | 12/17/2018 | 0001911 | Colorado Boxed Beef Co. | 4,560.00 | Wire Transfer |
| W00742 | 12/18/2018 | 0008564 | Las Huertas Produce Company | 422.00 | Wire Transfer |
| W00743 | 12/18/2018 | 0000784 | El Rancho Food Service | 760.00 | Wire Transfer |

**Check History Report**
**Sorted By Check Number**
**Activity From: 11/25/2018 to 2/25/2019**

**Papa Grande Gourmet Foods, LLC (PAP)**

**Bank Code:** C  BBVA Compass

| Check Number | Check Date | Vendor Number | Name | Check Amount | Check Type |
|---|---|---|---|---|---|
| W00747 | 12/7/2018 | 0000859 | Hovus | 3,000.00 | Wire Transfer |
| W00748 | 12/7/2018 | 0001414 | Seaboard Foods | 25,000.00 | Wire Transfer |
| W00749 | 12/7/2018 | 0001414 | Seaboard Foods | 1,880.00 | Wire Transfer |
| W00750 | 12/7/2018 | 0000132 | Refrigerated Transport | 3,500.00 | Wire Transfer |
| W00751 | 12/7/2018 | 0000859 | Hovus | 3,000.00 | Wire Transfer |
| W00752 | 12/7/2018 | 0000049 | Chesapeake Spice Company | 8,580.00 | Wire Transfer |
| W00753 | 12/12/2018 | 0000926 | Packall Packaging Inc. | 4,000.00 | Wire Transfer |
| W00754 | 12/13/2018 | 0000859 | Hovus | 2,657.64 | Wire Transfer |
| W00755 | 12/13/2018 | 0000049 | Chesapeake Spice Company | 9,333.00 | Wire Transfer |
| W00757 | 12/21/2018 | 0000049 | Chesapeake Spice Company | 8,000.00 | Wire Transfer |
| W00765 | 2/14/2019 | 0001023 | Restaurant Depot | 813.54 | Wire Transfer |
| W00766 | 2/14/2019 | 0001930 | DanHil Containers | 2,388.60 | Wire Transfer |

**Bank C Total:** 222,173.83

**Report Total:** 1,337,052.21

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| KHRL GROUP, LLC | § | Case No. 19-50390 |
| | § | |
| Debtor | § | |
| And | § | |
| In re: | § | Chapter 11 |
| | § | |
| PAPA GRANDE GOURMET | § | Case No. 19-50391 |
| FOODS, LLC | § | |
| | § | |
| Debtor | § | Jointly Administered Under |
| | § | Case No. 19-50390 |

## CERTIFICATE OF SERVICE

I hereby certify that on this the 19th Day of March, 2019, true and correct copies of the foregoing were forwarded electronically to all parties requesting notice and by U.S. first class mail on all parties listed below.

*/s/ Ronald J. Smeberg*
RONALD J. SMEBERG

## LIMTED SERVICE LIST

**DEBTORS**

KHRL Group, LLC
1802 NE Loop 410 Ste 102
1802 Jackson Keller
San Antonio, TX 78213

Papa Grande Gourmet
Foods
1802 Jackson Keller
San Antonio, TX 78213

**GOVERNMENTAL**
**ENTITIES**

Office of The United
States Trustee – SA12
615 E. Houston St., Room
533
San Antonio, Texas 78205

Bexar County Tax
Assessor Collector c/o
Don Stecker, Linebarger,
Googan, Blair & Sampson
711 Navaro St. 300
San Antonio, TX 78205

U.S. Attorney
Attn: Bkcy Division
601 NW Loop 410, Suite
600
San Antonio, Texas 78216

Comptroller of Public
Accounts
P.O. Box 149359
Austin, TX 78714-9359

Internal Revenue Services
Special Procedures Branch
300 E. 8th St. STOP 5026

AUS
Austin, TX 78701

**PARTIES
REQUESTING NOTICE**

Morris D. Weiss
Waller Lansden Dortch &
Davis, LLP
100 Congress Ave., Suite
1800
Austin, Texas 78701

Cleveland R. Burke
Waller Lansden Dortch &
Davis, LLP
100 Congress Ave., Suite
1800
Austin, Texas 78701

Evan J. Atkinson
Waller Lansden Dortch &
Davis, LLP
100 Congress Ave., Suite
1800
Austin, Texas 78701

Mark C. Taylor
Waller Lansden Dortch &
Davis, LLP
100 Congress Ave., Suite
1800
Austin, Texas 78701

Ford Motor Credit
Company, LLC
c/o Donald L. Turbyfill
Devlin, Naylor &
Turbyfill, PLLC
5120 Woodway Dr., Ste.
9000
Houston, TX 77056-1725

Labor on Demand, Inc.
c/o Penny K. Habbeshaw
Einstein & Habbeshaw PC

The Colonnade, Suite 800
9901 IH 10 West
San Antonio, TX  78230

De Cardenas Group, APLC
c/o Ray Battaglia
Law Offices of Ray
Battaglia, PLLC
66 Granburg Circle
San Antonio, TX 78218

South Texas Spice LLC
c/o Morris E. "Trey"
White III
Villa & White, LLP
1100 NW Loop 410 #802
San Antonio, Texas 78213

**SECURED CREDITORS**

Crown Lift Trucks
PO Box 641173
Cincinnati, OH 45264

Ford Credit
c/o Donald L. Turbyfill
Devlin, Naylor &
Turbyfill, PLLC
5120 Woodway Dr., Ste.
9000
Houston, TX 77056-1725

Leaf
PO Box 742647
Cincinnati, OH 45274-
2647

LEXUS FINANCIAL
SERVICES
PO BOX 5855
Carol Stream, IL 60197-
5855

Mercedes-Benz Financial
Srv
c/o Randall P. Mroczynski,

Esq.
Cooksey, Toolen, Gage,
Duffy & Woog
535 Anton Blvd Fl 10
Costa Mesa, CA 92626-
1947

Multivac, Inc
11021 N W Pomona Ave
Kansas City, MO 64153

Transpecos Bank SSB
112 East Pecan Street 800
San Antonio, TX 78205

US Bank Equipment
Finance
PO Box 790448
Saint Louis, MO 63179

U.S. Small Business
Administration
409 3rd St, SW
Washington, DC 20416

**TWENTY LARGEST
UNSECURED
CREDITORS FOR
CASE NO. 19-50390
KHRL GROUP**

Frank Serros
9802 Hawk Wood
San Antonio, TX 78250

Genaro Hernandez
7155 Timber Ridge Drive
San Antonio, TX 78227

Lang Wang
2620 Blanco Road
San Antonio, TX 78212

Martin & Drought, PC
300 Convent St Ste 2500
San Antonio, TX 78205-

3716

Monte Barns, CPA
1045 Central Parkway
North 102
San Antonio, TX 78232

**TWENTY LARGEST
UNSECURED
CREDITORS FOR
CASE NO. 19-50391
PAPA GRANDE**

Acosta
5050 Westway Park Blvd.
#100
Houston, TX 77041

ADT LP
1718 S Brazos
San Antonio, TX 78207

Capital Advance Services
c/o Yellowstone Capital,
LLC
1 Evertrust Plz
Jersey City, NJ 07302-
3051

Capital Merchant Services
c/o Yellowstone Capital,
LLC
1 Evertrust Plz
Jersey City, NJ 07302-
3051

Capital One Visa 1609

PO Box Box 60599
City of Industry, CA
91716

Chesapeake Spice
Company
PO BOX 6129
Hermitage, PA 16148-
0922

DanHil Containers
PO Box 2089
Temple, TX 76503

Handtman Inc.
28690 N. Ballard Dr.
Lake Forest, IL 60045

Hojas Y Especies El
Chicano
617 Barnsdale Road
La Grange Park, IL 60526

Hovus
272 Brodhead Road Ste
200
Bethlehem, PA 18017

JBS Packerland
Attn: P.O.Box 561477
US Bank
Denver, CO 80256

Nationwide Insurance
Processing Center
Des Moines, IA 50306-
0491

Packall Packaging Inc.
2 Shaftsbury Lane
Brampton,Ontari, L6T 3X7

Qvest
1101 8th Street Unit #1
Greeley, CO 80631

RogCo Inc.
PO Box 1801
Bentonville, AR 72712

Smithfield Foods
P.O. Box 20121
Kansas City, MO 64195

SOS Enviro Services,
LLC.
P.O. BOX 53988
Lafayette, LA 70505+3988

Texas Packing Company
1809 N. Bell St.
San Angelo, TX 76903

TIPPER TIE
2000 Lufkin Road
Apex, NC 27539

ViscoFan USA
ATTN: Alonso Ramos
1900 Spring Rd Ste 450
Oak Brook, IL 60523-1481