☑ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

❑   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

❑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

❑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

❑   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

❑   *Schedule H: Codebtors* (Official Form 206H)

❑   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☑   *Amended Schedule*  Schedule D and E/F

❑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑   *Other document that requires a declaration*  Amended Creditor Matix

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/24/2019
      MM/ DD/ YYYY

X              /s/ Kenneth D. Garcia
    Signature of individual signing on behalf of debtor

    Kenneth D. Garcia
    Printed name

    President
    Position or relationship to debtor

Debtor name      Papa Grande Gourmet Foods, LLC

United States Bankruptcy Court for the:

     Western District of Texas, San Antonio Division

Case number (if known):     19-50391

☑ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**   List Creditors Who Have Secured Claims

**2.**   **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| **2.1** | **Creditor's name** | **Describe debtor's property that is subject to a lien** | $236,936.80 | $0.00 |
|---|---|---|---|---|

**2.1**

**Creditor's name**

Advantage Capital Funding

**Creditor's mailing address**

104 E 25th St Fl 10

New York, NY 10010-8201

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

Judgment

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☐ Unliquidated

☑ Disputed

Column A: $236,936.80    Column B: $0.00

---

**2.2**

**Creditor's name**

Albert Uresti, MPA

**Creditor's mailing address**

Bexar County Tax Assessor-Coll

San Antonio, TX 78299-2903

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $92,189.26    Column B: $0.00

---

**3.**   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$2,336,859.06

| Part 1: | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A* — **Amount of claim** Do not deduct the value of collateral.

*Column B* — **Value of collateral that supports this claim**

---

**2.3**

**Creditor's name**
Corporation Service Company

**Creditor's mailing address**
251 Little Falls Dr
Wilmington, DE 19808-1674

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: unknown
Column B: $0.00

---

**2.4**

**Creditor's name**
Crown Lift Trucks

**Creditor's mailing address**
PO Box 641173
Cincinnati, OH 45264

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No.

☐ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Crown SC5245-40
Forklift, Electric, Hard Tire, ROPS, w/ Side Shift Attachment (G)

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $1,900.00
Column B: $10,000.00

---

| **Part 1:** **Additional Page** | Column A | Column B |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.5**

**Creditor's name**

Ford Credit

**Creditor's mailing address**

P.O.Box 650575

Dallas, TX 75265-0575

**Creditor's email address, if known**

Date debt was incurred _____

Last 4 digits of account number   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2018 Ford F-150
Pickup Truck, Styleside, Raptor Trim Level, 4X4 (VG)

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$70,000.00     $24,000.00

---

**2.6**

**Creditor's name**

Leaf

**Creditor's mailing address**

PO Box 742647

Cincinnati, OH 45274-2647

**Creditor's email address, if known**

Date debt was incurred _____

Last 4 digits of account number   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$16,000.00     $0.00

| Debtor | Papa Grande Gourmet Foods, LLC | Case number *(if known)* 19-50391 |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Part 1:</strong>    <strong>Additional Page</strong></td><td style="background:#ccc"><em>Column A</em><br><strong>Amount of claim</strong><br>Do not deduct the value of collateral.</td><td style="background:#ccc"><em>Column B</em><br><strong>Value of collateral that supports this claim</strong></td></tr>
</table>

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | | Column A | Column B |
|---|---|---|---|

**2.7**

**Creditor's name**

LEXUS FINANCIAL SERVICES

**Creditor's mailing address**

PO BOX 5855

Carol Stream, IL 60197-5855

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2013 Lexus LS460

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$50,000.00     $16,000.00

| Part 1: | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.8**

| | | |
|---|---|---|
| **Creditor's name** Mercedes-Benz Financial Srv | **Describe debtor's property that is subject to a lien** 2015 Freightliner Light Duty Cascadia Truck Tractor (G) | $119,000.00     $100,000.00 |

**Creditor's name**

Mercedes-Benz Financial Srv

**Describe debtor's property that is subject to a lien**

2015 Freightliner Light Duty Cascadia
Truck Tractor (G)

2016 Freightliner
2015 Freightliner Light Duty Cascadia

**Creditor's mailing address**

PO Box 5260

Carol Stream, IL 60197-5260

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes.

**Date debt was incurred** _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Last 4 digits of account number**     __ __ __ __

**Do multiple creditors have an interest in the same property?**
☑ No.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. Have you already specified the relative priority?

**For Asset:**
**2015 Freightliner Light Duty Cascadia**
**Truck Tractor (G)**
☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**2016 Freightliner**
**2015 Freightliner Light Duty Cascadia**
☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.9**

**Creditor's name**

Multivac, Inc

**Creditor's mailing address**

11021 N W Pomona Ave

Kansas City, MO 64153

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

    ☑ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2015 Multivac F200 213290
Rollstock Thermoform Packaging Machine, Vacuum Tray Packing Type, Stainless Steel, w/ Accessories, Touch Panel Operator Control (VG)

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$120,000.00      $110,000.00

| Part 1: | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A** — **Amount of claim** Do not deduct the value of collateral.

**Column B** — **Value of collateral that supports this claim**

---

**2.10**

**Creditor's name**

Transpecos Bank SSB

**Creditor's mailing address**

112 East Pecan Street 800

San Antonio, TX 78205

**Creditor's email address, if known**

**Date debt was incurred**      2014

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**For Asset:**
**Accounts receivable under 90 days**

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**TransPecos Banks**

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**For Asset:**
**TransPecos**

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Accounts receivable under 90 days

TransPecos Banks

TransPecos

     $1,448,000.00      $416,347.10

**Describe the lien**

Money Loaned

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.11**

**Creditor's name**

US Bank Equipment Finance

**Creditor's mailing address**

PO Box 790448

Saint Louis, MO 63179

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Amount of claim: $23,000.00

Value of collateral: $0.00

---

**2.12**

**Creditor's name**

Yellowstone Capital, LLC

**Creditor's mailing address**

30 Broad St # 14018

New York, NY 10004-2304

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No.

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes.

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☑ Disputed

Amount of claim: $159,833.00

Value of collateral: $0.00

| Debtor | Papa Grande Gourmet Foods, LLC | Case number (if known) | 19-50391 |
|---|---|---|---|
| | Name | | |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Bexar County Tax Assessor Collector c/o <br> Don Stecker, LInebarger, Googan, Blair & Sampson <br> 711 Navaro St. 300 <br> San Antonio, TX 78205 | Line ___2.2___ | ___ ___ ___ ___ |
| Corporate Service Company as Representative <br> P.O. Box 2576 <br> Patterson, IL 62708 | Line ___2.3___ | ___ ___ ___ ___ |
| Randall P. Mroczynski, Esq. <br> c/o Cooksey, Toolen, Gage, Duffy & Woog <br> 535 Anton Blvd Fl 10 <br> Costa Mesa, CA 92626-1947 | Line ___2.8___ | _2_ _0_ _0_ _1_ |
| Taylor, Mark <br> 100 Congress Avenue 1800 <br> Austin, TX 78701 | Line ___2.10___ | ___ ___ ___ ___ |
| Yellowstone Capital, LLC <br> c/o Vadim Serebro, Esq. <br> 55 Broadway Fl 3 <br> New York, NY 10006-3757 | Line ___2.12___ | ___ ___ ___ ___ |

Debtor name      Papa Grande Gourmet Foods, LLC

United States Bankruptcy Court for the:

     Western District of Texas, San Antonio Division

Case number (if known):      19-50391

☑ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

     ☐ No. Go to Part 2.

     ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

     **Internal Revenue Service**

     **Po Box 7346**

     **Philadelphia, PA 19101-7346**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

     **Notice**

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: **unknown**      Priority amount: **$97,000.00**

---

**2.2** Priority creditor's name and mailing address

     **Restaurant Depo**

     **3333 Fredericksburg Rd**

     **San Antonio, TX 78201-3846**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Total claim: **$9,556.92**      Priority amount: **$9,556.92**

| Part 1: | Additional Page |
|---------|-----------------|

**2.3** | Priority creditor's name and mailing address

**Texas Comptroller of Public Account**

**Attn: Bankruptcy**

**Po Box 149359**

**Austin, TX 78714-9359**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured**
**claim:** 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Notice**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown                    unknown

<div style="background:black;color:white">**Part 2:**</div> List All Creditors with NONPRIORITY Unsecured Claims

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out
     and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,638.35

1 World Sync

7887 Washington Village Dr Ste 300

Dayton, OH 45459-3988

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,002.63

A&A Machine Shop

6442 Manda Dr

San Antonio, TX 78239

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,235.00

Accident Fund

PO Box 77000 Dept 77125

Detroit, MI 48277-0125

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,002.71

Acosta

5050 Westway Park Blvd. #100

Houston, TX 77041

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $300,000.00

ADT LP

1718 S Brazos

San Antonio, TX 78207

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Materials**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2:    Additional Page**

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,352.80 |
|---|---|---|---|

**3.6**

Nonpriority creditor's name and mailing address

Alchemy

5301 Riata Park Ct Ste F

Austin, TX 78727-3438

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$9,352.80

---

**3.7**

Nonpriority creditor's name and mailing address

Ameritas Life Insurance

PO Box 81889

Lincoln, NE 68501-1889

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$537.64

---

**3.8**

Nonpriority creditor's name and mailing address

APG A-perfect Graphic

631 North W.W White Rd

San Antonio, TX 78219

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$478.00

---

**3.9**

Nonpriority creditor's name and mailing address

AT&T

Po Box 5017

Carol Stream, IL 60197-5017

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utility

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.10**

Nonpriority creditor's name and mailing address

AT&T

P.O. Box 5001

Carol Stream, IL 60197-5001

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,985.03

**Part 2:**  Additional Page

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $599.85 |
|---|---|---|---|

**3.11** Nonpriority creditor's name and mailing address

**B & B SUPPLY**

**P.O BOX 517**

**Morgan, PA 15064**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$599.85

---

**3.12** Nonpriority creditor's name and mailing address

**Baur Tape and Label**

**130 Lombrano**

**San Antonio, TX 78207**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$16,685.15

---

**3.13** Nonpriority creditor's name and mailing address

**Big State**

**1500 S. Zarzarmora Ste 510**

**San Antonio, TX 78207**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,395.75

---

**3.14** Nonpriority creditor's name and mailing address

**Blanco Rentals**

**5415 Blanco Rd**

**San Antonio, TX 78216**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$92.01

---

**3.15** Nonpriority creditor's name and mailing address

**Bridge Capital Corp**

**2365 Rice #201**

**Houston, TX 77005**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,905.39

| **Part 2:** | Additional Page |
| --- | --- |

**3.16** Nonpriority creditor's name and mailing address
Capital Advance Services

c/o Yellowstone Capital, LLC

1 Evertrust Plz

Jersey City, NJ 07302-3051

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$80,413.00

**3.17** Nonpriority creditor's name and mailing address
Capital Merchant Services

c/o Yellowstone Capital, LLC

1 Evertrust Plz

Jersey City, NJ 07302-3051

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$79,420.00

**3.18** Nonpriority creditor's name and mailing address
Capital One Visa 1609

PO Box Box 60599

City of Industry, CA 91716

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$24,320.80

**3.19** Nonpriority creditor's name and mailing address
Capital One Visa 1609

PO Box Box 60599

City of Industry, CA 91716

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$6,567.90

**3.20** Nonpriority creditor's name and mailing address
Capital One Visa 4236

PO Box Box 60599

City of Industry, CA 91716

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,373.92

| Part 2: | Additional Page |
|---|---|

---

**3.21** Nonpriority creditor's name and mailing address

**CHC Companion**

P.O. Box 3280

Grapevine, TX 76099-3280

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Healthcare premiums**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$18,498.00**

---

**3.22** Nonpriority creditor's name and mailing address

**Chesapeake Spice Company**

PO BOX 6129

Hermitage, PA 16148-0922

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$32,000.00**

---

**3.23** Nonpriority creditor's name and mailing address

**CHS PFI**

PO Box 851329

Minneapolis, MN 55485-1329

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$6,364.00**

---

**3.24** Nonpriority creditor's name and mailing address

**Cintas**

3349 S. E. Loop 410

San Antonio, TX 78222

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$6,619.63**

---

**3.25** Nonpriority creditor's name and mailing address

**City Public Service- Electric**

8 PO BOX 2678

SAN ANTONIO, TX 78289-0001

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$655.94**

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.26** Nonpriority creditor's name and mailing address

COASTAL SALES ASSOCIATES, INC.

260 BALLARD RD, UNIT 2

Middletown, NY 10941

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$55.14

---

**3.27** Nonpriority creditor's name and mailing address

Coastal Transportation Service

107 Marcon Drivw

Lafayette, LA 70507

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$6,429.00

---

**3.28** Nonpriority creditor's name and mailing address

Colorado Boxed Beef Co.

11850 Center Road

San Antonio, TX 78223

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$8,352.00

---

**3.29** Nonpriority creditor's name and mailing address

Commerce Technologies,LLC

25736 Network Place

Chicago, IL 60673-1257

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$13,005.47

---

**3.30** Nonpriority creditor's name and mailing address

Concentra

PO Box 9005

Addison, TX 75001-9005

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$138.50

---

| Part 2: | Additional Page |
|---|---|

**3.31** Nonpriority creditor's name and mailing address
Coordinated Strategic Alliances
Attn: Unit 2
260 ballard rd
Middletown, NY 10941

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,793.56

**3.32** Nonpriority creditor's name and mailing address
CPS Energy
Attn: Bankruptcy Section
145 Navarro St Stop 110910
San Antonio, TX 78205-2934

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Utilities

Is the claim subject to offset?
☑ No
☐ Yes

$13,586.47

**3.33** Nonpriority creditor's name and mailing address
CTRMA Processing
PO BOX 16777
Austin, TX 78761-6777

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$83.33

**3.34** Nonpriority creditor's name and mailing address
D & J Food Supply
PO Box 2014
Adkins, TX 78101

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$9,331.80

**3.35** Nonpriority creditor's name and mailing address
Dalton's Club Marketing Serv
Attn: Suite 31
5100 West J.B. Hunt Drive
Rogers, AZ 72758

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$5,688.26

**Part 2:**  Additional Page

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57,255.28 |

**3.36** Nonpriority creditor's name and mailing address

DanHil Containers

PO Box 2089

Temple, TX 76503

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$57,255.28

---

**3.37** Nonpriority creditor's name and mailing address

David Sanchez DBA

3622 Colony Dr

San Antonio, TX 78230

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$239.25

---

**3.38** Nonpriority creditor's name and mailing address

Daymon Worldwide Inc.

1302 N. Grand

Hutchinson, KS 67501

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$14,121.50

---

**3.39** Nonpriority creditor's name and mailing address

Delta Printing Co.

214 Columbia street

Bogalusa, LA 70427-4588

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$6,437.50

---

**3.40** Nonpriority creditor's name and mailing address

Department of the Treasury

P.O.Box 804525

Cincinnati, OH 45280-4525

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$290.79

**Part 2:**    Additional Page

| **3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $47.36 |

**3.41** Nonpriority creditor's name and mailing address
DeRosa Mangold Consulting

200 West Highway 6, Ste 310

waco, TX 76712

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$47.36

**3.42** Nonpriority creditor's name and mailing address
Diagraph Foxjet

1 Missouru Research Park

ST Charles, MO 63304

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,960.34

**3.43** Nonpriority creditor's name and mailing address
ECHO Global Logistics Inc.

22168 Network place

Chicago, IL 60673

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,900.00

**3.44** Nonpriority creditor's name and mailing address
Edict Systems, Inc.

Po Box L-3115

Columbus, OH 43260-0001

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$350.00

**3.45** Nonpriority creditor's name and mailing address
El Rancho Food Service

623 New Laredo Highway

San Antonio, TX 78211

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,420.00

| Part 2: | Additional Page |
|---|---|

| **3.46** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $780.00 |
|---|---|---|---|

**3.46** Nonpriority creditor's name and mailing address

El Rancho Supermercado

PO Box 472586

Garland, TX 75047

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$780.00

---

**3.47** Nonpriority creditor's name and mailing address

El Terrifico LLC

5255 Poplar Ave

Memphis, TN 38119

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$4,000.00

---

**3.48** Nonpriority creditor's name and mailing address

ENGLAND LOGISTICS

1325 S. 4700 W.

Salt Lake City, UT 84104

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$9,505.00

---

**3.49** Nonpriority creditor's name and mailing address

E-Z Edge

6119 Adams St

West New York, NJ

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$1,461.25

---

**3.50** Nonpriority creditor's name and mailing address

Felipe Aguilar

119 Adrain st

san antonio, TX 78213

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

$100.00

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,500,000.00 |
|---|---|---|---|

**3.51** Nonpriority creditor's name and mailing address
Garcia, Andrew
9 Sherborne
San Antonio, TX 78257

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  From sale of business
Is the claim subject to offset?
☑ No
☐ Yes
$1,500,000.00

**3.52** Nonpriority creditor's name and mailing address
GP Labels
26422 Grey Horse Run #5
San Antonio, TX 78260

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:
Is the claim subject to offset?
☑ No
☐ Yes
$4,037.40

**3.53** Nonpriority creditor's name and mailing address
Green Bay Packaging Inc.
1700 N Webster Ave
Green Bay, WI 54302-1128

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:
Is the claim subject to offset?
☑ No
☐ Yes
$18,104.26

**3.54** Nonpriority creditor's name and mailing address
Handtman Inc.
28690 N. Ballard Dr.
Lake Forest, IL 60045

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:
Is the claim subject to offset?
☑ No
☐ Yes
$44,369.28

**3.55** Nonpriority creditor's name and mailing address
HCTRA-VIOLATIONS
Dept I
Houston, TX 77210-4440

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:
Is the claim subject to offset?
☑ No
☐ Yes
$54.00

| Part 2: | Additional Page |
|---|---|

**3.56** Nonpriority creditor's name and mailing address
Hilda C. Garcia

28 Arnold Palmer

San Antonio, TX 78257

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$730,329.00

---

**3.57** Nonpriority creditor's name and mailing address
Hojas Para Tamal La Guadalupan

204 Mescalero Dr

Laredo, TX 78045-4146

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$18,211.20

---

**3.58** Nonpriority creditor's name and mailing address
Hojas Y Especies El Chicano

617 Barnsdale Road

La Grange Park, IL 60526

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$30,067.20

---

**3.59** Nonpriority creditor's name and mailing address
Hovus

272 Brodhead Road Ste 200

Bethlehem, PA 18017

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$95,104.94

---

**3.60** Nonpriority creditor's name and mailing address
IEH Laboratories

9330 Corporate Drive Suite 703

Selma, TX 78154

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$874.50

| **Part 2:** | Additional Page |

---

**3.61** | Nonpriority creditor's name and mailing address
**Infinium A/C & Refrigeration**

20770 Hwy 281 N Suite 108-305

San Antonio, TX 78258

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$348.57

---

**3.62** | Nonpriority creditor's name and mailing address
**Integrity Express Logistics**

62488 Collections Center Drive

Chicago, IL 60693-0624

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$9,070.00

---

**3.63** | Nonpriority creditor's name and mailing address
**iTrade Network**

PO Box 935209

Atlanta, GA 31193

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,024.00

---

**3.64** | Nonpriority creditor's name and mailing address
**JBS Packerland**

Attn: P.O.Box 561477

US Bank

Denver, CO 80256

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$46,796.29

---

**3.65** | Nonpriority creditor's name and mailing address
**JEAR Logistics**

Attn: 3409 Salterbeck St.

PO Box 1348

Mount Pleasant, SC 29466

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$6,696.00

---

| Part 2: | Additional Page |
| --- | --- |

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,554.50 |

**John Lane & Associates**

8526 N. New Braunfels Ave.

San Antonio, TX 78217

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  _____

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,083.06 |

**Jules and Associates**

BO Box 4130

Hopkins, MN 55343-0498

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  _____

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,934.00 |

**Julian Cantu**

243 West Palfrey

San Antonio, TX 78223

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  _____

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,144.00 |

**KANSAS PROTEIN FOODS**

2701 East 11th Ave.

Hutchinson, KS 67501

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  _____

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,973.95 |

**Kenneth A. Garcia Jr**

28 Arnold Palmer

San Antonio, TX 78257

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  _____

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

**Part 2:** Additional Page

| **3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,974.40 |
|---|---|---|---|

| **3.71** | Nonpriority creditor's name and mailing address |
|---|---|
| | Kenneth D. Garcia |
| | 28 Arnold Palmer |
| | San Antonio, TX 78257 |
| | Date or dates debt was incurred |
| | Last 4 digits of account number __ __ __ __ |

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$9,974.40

---

| **3.72** | Nonpriority creditor's name and mailing address |
|---|---|
| | Labor On Demand,INC |
| | Attn: STE 150 |
| | 4241 E PIEDRAS DR |
| | San Antonio, TX 78228 |
| | Date or dates debt was incurred |
| | Last 4 digits of account number __ __ __ __ |

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$14,670.14

---

| **3.73** | Nonpriority creditor's name and mailing address |
|---|---|
| | LOMA Systems |
| | 550 Kehoe Blvd |
| | Carol Stream, IL 60188 |
| | Date or dates debt was incurred |
| | Last 4 digits of account number __ __ __ __ |

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$6,822.71

---

| **3.74** | Nonpriority creditor's name and mailing address |
|---|---|
| | Managed Prescription Program |
| | 10860 N Mavinee Dr. |
| | Oro VAlley, AZ 78213 |
| | Date or dates debt was incurred |
| | Last 4 digits of account number __ __ __ __ |

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$78.91

---

| **3.75** | Nonpriority creditor's name and mailing address |
|---|---|
| | Marcus Food Company |
| | Attn: P.O. Box 781659 |
| | Attention: Account Receivable |
| | Wichita, KS 67278-1659 |
| | Date or dates debt was incurred |
| | Last 4 digits of account number __ __ __ __ |

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$10,550.40

| **Part 2:** | Additional Page |
|---|---|

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,080.83 |
|---|---|---|---|

**3.76** Nonpriority creditor's name and mailing address
MAREL INC.

DEPT. CH 17141

Palatine, IL 60055-7141

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,080.83

---

**3.77** Nonpriority creditor's name and mailing address
Martin & Drought, PC

300 Convent St Ste 2500

San Antonio, TX 78205-3716

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Legal Fees

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.78** Nonpriority creditor's name and mailing address
Martinez, Irma

11621 Cedar Crest

El Paso, TX 79936

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

$386.37

---

**3.79** Nonpriority creditor's name and mailing address
McLain Foods, Inc.

Attn: Suite 202-S

100 2nd Avenue South

Saint Petersburg, FL 33701

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

$16,600.00

---

**3.80** Nonpriority creditor's name and mailing address
Monte R. Barnes FTC Inc.

1045 Central Parkway N Ste.102

San Antonio, TX 78232

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,212.50

| **Part 2:** | Additional Page |
| --- | --- |

| **3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,612.81 |
| --- | --- | --- | --- |

**3.81** Nonpriority creditor's name and mailing address
Murphy USA
PO Box 6293
Carol Stream, IL 60197

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$1,612.81

---

**3.82** Nonpriority creditor's name and mailing address
Natalie Kay Villagomez
28 Arnold Palmer
San Antonio, TX 78257

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$59,359.00

---

**3.83** Nonpriority creditor's name and mailing address
Nationwide Insurance
Processing Center
Des Moines, IA 50306-0491

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$22,903.20

---

**3.84** Nonpriority creditor's name and mailing address
NATWELL SUPPLY CORP.
702 CULEBRA AVE.
San Antonio, TX 78201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$200.01

---

**3.85** Nonpriority creditor's name and mailing address
Netwel Supply Corp
702 Culebra
San Antonio, TX 78201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$317.00

| Part 2: | Additional Page |
| --- | --- |

**3.86** Nonpriority creditor's name and mailing address

North Texas Tollway Authorit

PO Box 260928

Plano, TX 75026-0928

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$51.51

**3.87** Nonpriority creditor's name and mailing address

Office Depot/Office Max

6600 N Military Trl S416R

Boca Raton, FL 33496-2434

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,029.83

**3.88** Nonpriority creditor's name and mailing address

Pacesetter Personal Services

P.O Box 2324

Houston, TX 77252-2324

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$13,784.66

**3.89** Nonpriority creditor's name and mailing address

Packall Packaging Inc.

2 Shaftsbury Lane

Brampton,Ontari, L6T 3X7

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$38,055.24

**3.90** Nonpriority creditor's name and mailing address

Papa Grande Gourmet Foods

1802 Jackson Keller

San Antonio, TX 78213

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$12,500.00

## Part 2:   Additional Page

| | |
|---|---|
| **3.91** Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** |

**3.91** Nonpriority creditor's name and mailing address

PESA Labeling

4401 Paredes Line Road

Brownsville, TX 78526

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,909.83

---

**3.92** Nonpriority creditor's name and mailing address

PHOENIX FREIGHT

PO BOX 51385

Phoenix, AZ 85076

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,960.00

---

**3.93** Nonpriority creditor's name and mailing address

Pitney Bowes- 5802518

P.O. Box 371887

Pittsburgh, PA 15250-7887

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$36.98

---

**3.94** Nonpriority creditor's name and mailing address

Pitney Bowes Purchase Power

PO BOX 371874

Pittsburg, PA 15250-7874

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$68.86

---

**3.95** Nonpriority creditor's name and mailing address

Poly-clip System Corp.

1000 Tower Road

Mundelein, OH 60060

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,397.05

| Part 2: | Additional Page |
|---------|-----------------|

| **3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,235.48 |
|---|---|---|---|

Nonpriority creditor's name and mailing address
POLYMERALL

1431 GREENWAY DRIVE #800

Irving, TX 75038

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$18,235.48**

---

**3.97**

Nonpriority creditor's name and mailing address
Qvest

1101 8th Street Unit #1

Greeley, CO 80631

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$55,000.00**

---

**3.98**

Nonpriority creditor's name and mailing address
REBECCA GONZALES

9332 MISTY MEADOW

Converse, TX 78109

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$520.00**

---

**3.99**

Nonpriority creditor's name and mailing address
Refrigerated Transport

PO Box 6008

Arlington, TX 76005

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$17,099.55**

---

**3.100**

Nonpriority creditor's name and mailing address
Resource Solutions LLC

1075 Broad Ripple Ave

Indianapolis, IN 46220

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$4,596.45**

**Part 2:** Additional Page

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,750.00
RG Marketing & Consulting | *Check all that apply.*

1716 S. San Marcos Ste.107

San Antonio, TX 78207

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $34,031.68
RogCo Inc. | *Check all that apply.*

PO Box 1801

Bentonville, AR 72712

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,376.09
Roto Rooter Services Co. | *Check all that apply.*

2500 First Financial Center

255 E 5th St

Cincinnati, OH 45202-4700

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.104** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,788.00
SAGE Software | *Check all that apply.*

271 17th St Nw

Atlanta, GA 30363-6216

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,004.68
San Antonio Armature Works | *Check all that apply.*

1015 N. Colorado

San Antonio, TX 78207

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

| **Part 2:** | Additional Page |
|---|---|

**3.106**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $450.00 |
|---|---|---|
| SAN ANTONIO MANUFACTURES ASSOCIATION | *Check all that apply.* | |
| | ☐ Contingent | |
| Attn: STE-C | ☐ Unliquidated | |
| | ☐ Disputed | |
| 9607 BROADWAY | | |
| | **Basis for the claim:** _____ | |
| San Antonio, TX 78217 | **Is the claim subject to offset?** | |
| | ☑ No | |
| Date or dates debt was incurred       _____ | ☐ Yes | |
| Last 4 digits of account number   ___ ___ ___ ___ | | |

**3.107**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|
| San Antonio Water Systems | *Check all that apply.* | |
| | ☐ Contingent | |
| Attn: Bankruptcy Dept | ☐ Unliquidated | |
| | ☐ Disputed | |
| Po Box 2449 | | |
| | **Basis for the claim:** Utilities | |
| San Antonio, TX 78298-2449 | **Is the claim subject to offset?** | |
| | ☑ No | |
| Date or dates debt was incurred       _____ | ☐ Yes | |
| Last 4 digits of account number   ___ ___ ___ ___ | | |

**3.108**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,600.00 |
|---|---|---|
| Sanchez Distributors Inc. | *Check all that apply.* | |
| | ☐ Contingent | |
| PO Box 780817 | ☐ Unliquidated | |
| | ☐ Disputed | |
| San Antonio, TX 78278 | | |
| | **Basis for the claim:** _____ | |
| | **Is the claim subject to offset?** | |
| Date or dates debt was incurred       _____ | ☑ No | |
| Last 4 digits of account number   ___ ___ ___ ___ | ☐ Yes | |

**3.109**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $77.94 |
|---|---|---|
| SanTex Bearing | *Check all that apply.* | |
| | ☐ Contingent | |
| 2418 N. Pan Am Expwy | ☐ Unliquidated | |
| | ☐ Disputed | |
| San Antonio, TX 78208 | | |
| | **Basis for the claim:** _____ | |
| | **Is the claim subject to offset?** | |
| Date or dates debt was incurred       _____ | ☑ No | |
| Last 4 digits of account number   ___ ___ ___ ___ | ☐ Yes | |

**3.110**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,245.00 |
|---|---|---|
| SCHNEIDER INDUSTRIES INC. | *Check all that apply.* | |
| | ☐ Contingent | |
| Schneider National Inc., | ☐ Unliquidated | |
| ATTN: Credit Dept. | ☐ Disputed | |
| 3101 Packerland Dr | | |
| | **Basis for the claim:** _____ | |
| Green Bay, WI 54313-6187 | **Is the claim subject to offset?** | |
| | ☑ No | |
| Date or dates debt was incurred       _____ | ☐ Yes | |
| Last 4 digits of account number   ___ ___ ___ ___ | | |

**Part 2:** Additional Page

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,374.50 |
|---|---|---|---|

**3.111** Nonpriority creditor's name and mailing address

Shamrock Meats, Inc

PO Box 230

Shamrock, TX 79079

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$7,374.50

---

**3.112** Nonpriority creditor's name and mailing address

Silliker, Inc.

3106 SE C Street, Suite 2

Bentonville, AR 72712

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$345.03

---

**3.113** Nonpriority creditor's name and mailing address

Smithfield Foods

P.O. Box 20121

Kansas City, MO 64195

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$25,640.00

---

**3.114** Nonpriority creditor's name and mailing address

SOS Enviro Services, LLC.

P.O. BOX 53988

Lafayette, LA 70505+3988

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$26,027.37

---

**3.115** Nonpriority creditor's name and mailing address

South Texas Spice Co

2106 Castroville Rd.

San Antonio, TX 78237

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$6,638.00

**Part 2:** Additional Page

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,468.95 |
|---|---|---|---|
| | SOUTHWASTE DISPOSAL , LLC. | *Check all that apply.* | |
| | P.O. BOX 53988 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Lafayette, LA 70505-3988 | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? ☑ No ☐ Yes | |
| | Last 4 digits of account number __ __ __ __ | | |

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,481.78 |
|---|---|---|---|
| | SSS Ingredients | *Check all that apply.* | |
| | 6333 Rothway St. | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Houston, TX 77040 | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? ☑ No ☐ Yes | |
| | Last 4 digits of account number __ __ __ __ | | |

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,224.00 |
|---|---|---|---|
| | Sure Good Foods | *Check all that apply.* | |
| | 2333 North Sheridan Way | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | Mississauga, L5K 1A7 | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? ☑ No ☐ Yes | |
| | Last 4 digits of account number __ __ __ __ | | |

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,920.00 |
|---|---|---|---|
| | Synergistic Enviromental | *Check all that apply.* | |
| | 10236 HWY 181 South | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | San Antonio, TX 78223 | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? ☑ No ☐ Yes | |
| | Last 4 digits of account number __ __ __ __ | | |

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $833.06 |
|---|---|---|---|
| | Sysco - San Antonio | *Check all that apply.* | |
| | 1260 Schwab Rd | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | New Braunfels, TX 78132-5155 | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? ☑ No ☐ Yes | |
| | Last 4 digits of account number __ __ __ __ | | |

**Part 2:** Additional Page

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $241.22 |
|---|---|---|---|

**3.121** Nonpriority creditor's name and mailing address
TAYLOR MADE HOSE

5914 ZANGS DR

San Antonio, TX 78238

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$241.22

---

**3.122** Nonpriority creditor's name and mailing address
Texas Packing Company

1809 N. Bell St.

San Angelo, TX 76903

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$20,428.80

---

**3.123** Nonpriority creditor's name and mailing address
TIPPER TIE

2000 Lufkin Road

Apex, NC 27539

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$55,441.56

---

**3.124** Nonpriority creditor's name and mailing address
T-Mobile

3625 132nd Ave Se

Bellevue, WA 98006-1325

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$630.00

---

**3.125** Nonpriority creditor's name and mailing address
TxTag

PO Box 650749

Dallas, TX 75265

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$345.23

| Part 2: | Additional Page |
|---------|-----------------|

| 3.126 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

**3.126**

Nonpriority creditor's name and mailing address
U S Dept of Agric.-741884616

A Food Safety & Inspctin Ser-

ST LOUIS, MO 63197-9000

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,326.88

---

**3.127**

Nonpriority creditor's name and mailing address
ULINE

PO BOX 88741

Chicago, IL 60680

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,665.69

---

**3.128**

Nonpriority creditor's name and mailing address
Up Hill Marketing

24 CARRIAGE LANE

Norristown, PA 19401

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,800.00

---

**3.129**

Nonpriority creditor's name and mailing address
US Department of Agriculture - FSIS

Po Box 979001

Saint Louis, MO 63197-9000

Date or dates debt was incurred _____

Last 4 digits of account number  1   9   0   9

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  reimbursable services

Is the claim subject to offset?
☑ No
☐ Yes

$2,144.44

---

**3.130**

Nonpriority creditor's name and mailing address
Valero [ACH-1]

PO BOX 300

Amarillo, TX 79105-0300

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,622.72

| Part 2: | Additional Page |
|---|---|

---

**3.131**   Nonpriority creditor's name and mailing address

Veritiv Corporation

PO Box 849089

Dallas, TX 75284

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,440.90

---

**3.132**   Nonpriority creditor's name and mailing address

ViscoFan USA

ATTN: Alonso Ramos

1900 Spring Rd Ste 450

Oak Brook, IL 60523-1481

Date or dates debt was incurred     _____

Last 4 digits of account number    1   9   5   3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$34,027.10

---

**3.133**   Nonpriority creditor's name and mailing address

Viskoteepak

1240 Paysphere Circle

Chicago, IL 60674

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$5,138.55

---

**3.134**   Nonpriority creditor's name and mailing address

Waste Management/San Antonio

4730 SE Loop 410

San Antonio, TX 78222-3929

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$5,907.60

---

**3.135**   Nonpriority creditor's name and mailing address

WebTPA

8500 Freeport Parkway South

Irving, TX 75063

Date or dates debt was incurred     _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$450.00

---

| Part 2: | Additional Page |
| --- | --- |

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,650.00 |
| --- | --- | --- | --- |

**3.136**

Nonpriority creditor's name and mailing address

WERNER LOGISTICS

39365 TREASURY CENTER

Chicago, IL 60694-9300

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$8,650.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.137**

Nonpriority creditor's name and mailing address

ZAVALA'S PALLETS

210 SEGUIN ST

San Antonio, TX 78208

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$2,060.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Barnett & Garcia** <br> **3821 Juniper Trce Ste 108** <br> **Austin, TX 78738-5514** | Line **3.53** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2 | **Robbins Salomon& Patt ltd** <br> **180 North LaSalle Street** <br> **Chicago, IL 60601** | Line **3.54** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3 | **Seafax** <br> **P.O. Box 15340** <br> **Portland, ME 04112** | Line **3.118** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4 | **Chaires, Albert Elias** <br> **111 Soledad 300** <br> **San Antonio, TX 78205** | Line **3.108** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5 | **Habbeshah, Penny** <br> **9901 IH 10 West 800** <br> **San Antonio, TX 78230** | Line **3.72** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6 | **Alcantara, Kantack** <br> **4113 Padre BLVD** <br> **South Padre Island, TX 78597** | Line **3.91** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7 | **Goldman Evans and Trammel** <br> **10323 Cross Creek blvd F** <br> **Tampa, FL 33647** | Line **3.85** <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8 | **Mendelson Law Firm** <br> **799 Estate Place** <br> **Memphis, TN 38187** | Line **3.47** <br> ☐ Not listed. Explain _____ | __ __ __ __ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $9,556.92 |
| 5b. **Total claims from Part 2** | 5b. **+** | $4,017,861.94 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $4,027,418.86 |

Advantage Capital Funding
104 E 25th St Fl 10
New York, NY 10010-8201


Edict Systems, Inc.
Po Box L-3115
Columbus, OH 43260-0001

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Papa Grande Gourmet Foods, LLC**                    CASE NO 19-50391

CHAPTER **11**

**AMENDED**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____05/24/2019_____     Signature _____ /s/ Kenneth D. Garcia _____
                                              Kenneth D. Garcia, President

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| KHRL GROUP, LLC | § | Case No. 19-50390 |
| | § | |
| Debtor | § | |
| And | § | |
| In re: | § | Chapter 11 |
| | § | |
| PAPA GRANDE GOURMET | § | Case No. 19-50391 |
| FOODS, LLC | § | |
| | § | |
| Debtor | § | Jointly Administered Under |
| | § | Case No. 19-50390 |

## CERTIFICATE OF SERVICE

I hereby certify that on this the 24th Day of May, 2019, true and correct copies of the

Amended Schedules D, E/F, and Amended Creditor Matrix were forwarded electronically to all

parties requesting notice and by U.S. first class mail on all parties listed below.

*/s/ Ronald J. Smeberg*
RONALD J. SMEBERG

## LIMTED SERVICE LIST

**DEBTORS**

KHRL Group, LLC
1802 NE Loop 410 Ste 102
1802 Jackson Keller
San Antonio, TX 78213

Papa Grande Gourmet Foods
1802 Jackson Keller
San Antonio, TX 78213

**GOVERNMENTAL
ENTITIES**

Office of The United States

Trustee – SA12
615 E. Houston St., Room 533
San Antonio, Texas 78205

Bexar County Tax Assessor
Collector c/o
Don Stecker, Linebarger,
Googan, Blair & Sampson
711 Navaro St. 300
San Antonio, TX 78205

U.S. Attorney
Attn: Bkcy Division
601 NW Loop 410, Suite 600

San Antonio, Texas 78216

Comptroller of Public
Accounts
P.O. Box 149359
Austin, TX 78714-9359

Internal Revenue Services
Special Procedures Branch
300 E. 8th St. STOP 5026
AUS
Austin, TX 78701

**PARTIES REQUESTING
NOTICE**

1

Morris D. Weiss
Waller Lansden Dortch &
Davis, LLP
100 Congress Ave., Suite
1800
Austin, Texas 78701

Cleveland R. Burke
Waller Lansden Dortch &
Davis, LLP
100 Congress Ave., Suite
1800
Austin, Texas 78701

Evan J. Atkinson
Waller Lansden Dortch &
Davis, LLP
100 Congress Ave., Suite
1800
Austin, Texas 78701

Mark C. Taylor
Waller Lansden Dortch &
Davis, LLP
100 Congress Ave., Suite
1800
Austin, Texas 78701

Ford Motor Credit Company,
LLC
c/o Donald L. Turbyfill
Devlin, Naylor & Turbyfill,
PLLC
5120 Woodway Dr., Ste.
9000
Houston, TX 77056-1725

Labor on Demand, Inc.
c/o Penny K. Habbeshaw
Einstein & Habbeshaw PC
The Colonnade, Suite 800
9901 IH 10 West
San Antonio, TX 78230

De Cardenas Group, APLC
c/o Ray Battaglia
Law Offices of Ray
Battaglia, PLLC
66 Granburg Circle
San Antonio, TX 78218

South Texas Spice LLC
c/o Morris E. "Trey" White
III
Villa & White, LLP
1100 NW Loop 410 #802
San Antonio, Texas 78213

Handtmann, Inc
c/o Vincent T. Borst, Esq.
ROBBINS, SALOMON &
PATT, LTD.
180 North LaSalle Street
Suite 3300
Chicago, Illinois 60601

Lane & Countryman
ATTORNEYS AT LAW
8526 N. New Braunfels
San Antonio, Texas 78217

DOUG WALTON
Cohesive Consulting Group,
LLC
2025 Zumbehl Road, Suite
197
St. Louis, MO 63303

**SECURED CREDITORS**

Advantage Capital Funding
104 E 25th St Fl 10
New York, NY 10010-8201

Corporation Service
Company
251 Little Falls Dr
Wilmington, DE 19808-1674

Crown Lift Trucks
PO Box 641173
Cincinnati, OH 45264

Ford Credit
c/o Donald L. Turbyfill
Devlin, Naylor & Turbyfill,
PLLC
5120 Woodway Dr., Ste.
9000
Houston, TX 77056-1725

Leaf
PO Box 742647
Cincinnati, OH 45274-2647

LEXUS FINANCIAL
SERVICES
PO BOX 5855
Carol Stream, IL 60197-5855

Mercedes-Benz Financial Srv
c/o Randall P. Mroczynski,
Esq.
Cooksey, Toolen, Gage,
Duffy & Woog
535 Anton Blvd Fl 10
Costa Mesa, CA 92626-1947

Multivac, Inc
11021 N W Pomona Ave
Kansas City, MO 64153

Transpecos Bank SSB
112 East Pecan Street 800
San Antonio, TX 78205

US Bank Equipment Finance
PO Box 790448
Saint Louis, MO 63179

U.S. Small Business
Administration
409 3rd St, SW
Washington, DC 20416

**TWENTY LARGEST
UNSECURED
CREDITORS FOR CASE
NO. 19-50390 KHRL
GROUP**

Frank Serros
9802 Hawk Wood
San Antonio, TX 78250

Genaro Hernandez
7155 Timber Ridge Drive
San Antonio, TX 78227

Lang Wang
2620 Blanco Road
San Antonio, TX 78212

Martin & Drought, PC
300 Convent St Ste 2500
San Antonio, TX 78205-3716

Monte  Barns, CPA
1045 Central Parkway North
102
San Antonio, TX 78232

**TWENTY LARGEST
UNSECURED
CREDITORS FOR CASE
NO. 19-50391 PAPA
GRANDE**

Acosta
5050 Westway Park Blvd.
#100
Houston, TX 77041

ADT LP
1718 S Brazos
San Antonio, TX 78207

Capital Advance Services
c/o Yellowstone Capital,
LLC
1 Evertrust Plz
Jersey City, NJ 07302-3051

Capital Merchant Services
c/o Yellowstone Capital,
LLC
1 Evertrust Plz
Jersey City, NJ 07302-3051

Capital One Visa 1609
PO Box Box 60599
City of Industry, CA 91716

Chesapeake Spice Company
PO BOX 6129
Hermitage, PA 16148-0922

DanHil Containers
PO Box 2089
Temple, TX 76503

Handtman Inc.
28690 N. Ballard Dr.

Lake Forest, IL 60045

Hojas Y Especies El Chicano
617 Barnsdale Road
La Grange Park, IL 60526

Hovus
272 Brodhead Road Ste 200
Bethlehem, PA 18017

JBS Packerland
Attn: P.O.Box 561477
US Bank
Denver, CO 80256

Nationwide Insurance
Processing Center
Des Moines, IA 50306-0491

Packall Packaging Inc.
2 Shaftsbury Lane
Brampton,Ontari, L6T 3X7

Qvest
1101 8th Street Unit #1
Greeley, CO 80631

RogCo Inc.
PO Box 1801
Bentonville, AR 72712

Smithfield Foods
P.O. Box 20121
Kansas City, MO 64195

SOS Enviro Services, LLC.
P.O. BOX 53988
Lafayette, LA 70505+3988

Texas Packing Company
1809 N. Bell St.
San Angelo, TX 76903

TIPPER TIE
2000 Lufkin Road
Apex, NC 27539

ViscoFan USA
ATTN: Alonso Ramos
1900 Spring Rd Ste 450

Oak Brook, IL 60523-1481

Edict Systems, Inc.
Po Box L-3115
Columbus, OH 43260-0001